# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ZLOOP, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 15-11660 (KJC)<br>Jointly Administered |
| PHELPS DUNBAR LLP,<br><br>Plaintiff,<br>v.<br>ZLOOP, INC. by and through PATRICK TRAE' O'PRY, PLAN ADMINISTRATOR, et al.,<br><br>Defendants. | Adv. Proc. No. 17-50049 (KJC)<br><br>Ref. Dkt. No. 15 |

## ORDER APPROVING STIPULATION REGARDING DISMISSAL OF ADVERSARY PROCEEDING; AND DISMISSING ADVERSARY PROCEEDING

This matter having come before the Court on the *Stipulation Regarding Dismissal of Adversary Proceeding* (the "Stipulation"); and the Court having considered the Stipulation; it is hereby[2] ORDERD:

1. That the Stipulation is approved as set forth herein.

2. That the Adversary Proceeding is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), as made applicable by Federal Rule of Bankruptcy Procedure 7041.

3. That each of the Parties shall bear its own attorneys' fees, costs and other expenses in connection with the Adversary Proceeding.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098).

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Stipulation.

4. That this Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation or this Order.

Dated: June 5, 2017

The Honorable Kevin J. Carey
United States Bankruptcy Judge