# **EXHIBIT A TO ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ZLOOP, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 15-11660 (KJC)<br>Jointly Administered |
| PHELPS DUNBAR LLP,<br><br>Plaintiff,<br>v.<br>ZLOOP, INC. by and through PATRICK TRAE'<br>O'PRY, PLAN ADMINISTRATOR, et al.,<br><br>Defendants. | Adv. Proc. No. 17-50049 (KJC) |

## STIPULATION REGARDING DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY STIPULATED AND AGREED by and among Phelps Dunbar LLP ("Plaintiff") and Zloop, Inc., by and through Patrick Trae'O'Pry, Plan Administrator, et al. ("Defendant"), through their respective attorneys of record, representing all parties to the above-captioned action (the "Adversary Proceeding"), that this entire Adversary Proceeding be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098).

Dated: May 30, 2017

| PACHULSKI STANG ZIEHL & JONES LLP | COOCH AND TAYLOR, P.A. |
|---|---|
| */s/ Colin R. Robinson* | */s/ R. Grant Dick IV* |
| Bradford J. Sandler (DE Bar No. 4142) | R. Grant Dick IV (DE Bar No. 5123) |
| Colin R. Robinson (DE Bar No. 5524) | The Brandywine Building |
| 919 North Market Street, 17th Floor | 1000 West Street, 10th Floor |
| Wilmington, DE 19899-8705 (Courier 19801) | Wilmington, DE 19801 |
| Telephone: (302) 652-4100 | Telephone: (302) 984-3800 |
| Facsimile: (302) 652-4400 | Fax: (302) 984-3939 |
| Email: bsandler@pszjlaw.com | E-mail: gdick@coochtaylor.com |
| mseidl@pszjlaw.com | |
| jspomerantz@pszjlaw.com | *Counsel for Defendant* |
| pkeane@pszjlaw.com | |

-and-

PHELPS DUNBAR LLP
James W. O'Mara (Mississippi Bar #3929)
Richard A. Montague, Jr. (Mississippi Bar #3411)
4270 I-55 North
Jackson, Mississippi 39211-6391
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: jim.omara@phelps.com
　　　　richard.montague@phelps.com

*Counsel for Plaintiff*