# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALIBU LIGHTING CORPORATION, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-12080-KG<br><br>(Jointly Administered)<br><br>**Related Docket No. \_\_\_\_** |

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO EMPLOY AND RETAIN STRASBURGER & PRICE
LLP AS TEXAS REAL ESTATE COUNSEL, *NUNC PRO TUNC* TO JANUARY 25, 2017**

Upon the Application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), appointed pursuant to §§ 1102(a) and 1102(b) of Title 11 of the United States Code (the "Bankruptcy Code") for entry of an order pursuant to §§ 328, 1102 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the employment and retention of Strasburger & Price LLP ("Strasburger & Price") as Texas real estate counsel to the Committee *nunc pro tunc* to January 25, 2017; and the Court having jurisdiction to consider the Application and the relief requested therein; and consideration of the Application and the relief requested therein being a core proceeding; and venue being proper; and due and proper notice of the Application having been provided, and it appearing that no

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke `N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc, (6615). The location of the Debtors' headquarters and service address is 421 S McEwen Road, Dallas, TX 75244.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

31764/2
03/23/2017 47360214.1

other or further notice need be provided; and the time for objections having expired; and this Court having reviewed the Application and determined that the employment of Strasburger & Price is necessary and in the best interest of the Debtors' estates, creditors, the Committee and other parties in interest and that the terms of compensation being sought by the Application are reasonable; and this Court having considered the Kennedy Declaration; and this Court being satisfied that Strasburger & Price does not hold or represent any other entity having an adverse interest in connection with the services to be provided and that Strasburger & Price is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings held before this Court, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that

1. The Application is granted.

2. In accordance with §§ 328(a), 1102 and 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain Strasburger & Price, *nunc pro tunc* to January 25, 2017, to serve as Texas real estate counsel to the Committee on the terms set forth in the Application and the Kennedy Declaration.

3. Strasburger & Price shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, the Guidelines, and such other procedures as may be fixed by order of this Court, including any interim compensation procedures order entered in these Chapter 11 Cases.

4. Strasburger & Price's fees for services will be based on Strasburger & Price's standard hourly rates, plus expenses, as set forth in the Application and the Kennedy Declaration.

6. The Committee is authorized and empowered to take all necessary actions to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order or Strasburger & Price's services for the Committee.

Dated: _____, 2017
       Wilmington, Delaware

                                            _____
                                            HONORABLE KEVIN GROSS
                                            UNITED STATES BANKRUPTCY JUDGE