# **EXHIBIT B**

|  |  |
|---|---|
| In re:<br><br>MALIBU LIGHTING CORPORATION, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-12080-KG<br><br>(Jointly Administered) |

**DECLARATION OF BARBARA KENNEDY IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF STRASBURGER & PRICE LLP AS TEXAS REAL ESTATE COUNSEL, <u>NUNC PRO TUNC TO JANUARY 25, 2017</u>**

Barbara Kennedy, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am of counsel at the law firm of Strasburger & Price LLP ("<u>Strasburger & Price</u>"), which maintains offices at various locations including, 901 Main Street, Suite 6000, Dallas, Texas 75202.  I am an attorney duly admitted to practice in the State of Texas.

2.      I submit this Declaration in support of the application (the "<u>Application</u>")[2] of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") for entry of an order authorizing and approving the Committee's employment and retention of Strasburger & Price as Texas real estate counsel to the Committee, effective as of January 25, 2017.

3.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts sets forth herein. I will supplement this Declaration if additional relevant information becomes available during the pendency of these chapter 11 cases (the "<u>Chapter 11 Cases</u>").

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke `N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc, (6615). The location of the Debtors' headquarters and service address ~s 421 S McEwen Road, Dallas, TX 75244.

2 Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

4.    As set forth in the Application, the professional services that Strasburger & Price will provide to the Committee relate to certain Texas real estate matters that are relevant to the negotiations of a global settlement and consensual plan of reorganization between the Debtors, their principal J. Baxter Brinkmann and various of his affiliates (collectively, "Brinkmann") and the Committee.

5.    As of the date of this Declaration, Strasburger & Price has not received a retainer or compensation in connection with its proposed representation of the Committee in these Chapter 11 Cases.

6.    In connection with its proposed retention by the Committee in these Chapter 11 Cases, Strasburger & Price undertook to determine whether it had any contacts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates with respect to the matters on which it will be engaged. Strasburger & Price obtained the names of individuals and entities that may be parties in interest in these Chapter 11 Cases from the Debtors and such parties are listed on **Schedule 1** attached hereto (the "Potential Party List"). Strasburger & Price has searched on its electronic database for its connections to the entities listed on the Potential Party List.

7.    Attached hereto as **Schedule 2** is a list of parties who appear on the Potential Party List who Strasburger & Price may currently represent or previously has represented on matters wholly unrelated to the Debtors, their Estates or these Chapter 11 Cases in 2015, 2016 and/or 2017. Strasburger & Price does not and will not represent any entity appearing on **Schedule 2** in these Chapter 11 Cases.

8.    Based on the database examination of the Potential Party List, we have concluded to the best of our knowledge, Strasburger & Price does not represent, and has not represented during the years 2015, 2016 and/or 2017, any entity in connection with an adverse interest in these Chapter 11 Cases.

9.    Strasburger & Price was retained briefly by Amino Transport, Inc. when the Bankruptcy Cases were filed but Strasburger & Price did not enter an appearance in the

-2-

Bankruptcy Cases on behalf of Amino Transport, Inc. and according to the Claims Register, Amino Transport, Inc. did not file a proof of claim in the case. Strasburger & Price has not provided any legal services to Amino Transport, Inc. in connection with these proceedings since January 2016, and the services previously provided are wholly unrelated to the work to be done for the Committee.

10. Except as disclosed herein, neither I, Strasburger & Price, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any business connections with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware.

11. Strasburger & Price does not currently represent the Debtors or any of the current officers and directors of the Debtors that are identified on the Potential Party List.

12. Strasburger & Price is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Strasburger & Price, its partners, counsel, and associates: (a) are not creditors, equity holders, or insiders of any of the Debtors; (b) are not and were not, within two (2) years before the Petition Date, a director, officer or employee of any of the Debtors; and (c) do not have an interest materially adverse to the Debtors' estates or any class of creditors, by reasons of any direct or indirect relationship to, connection with, or interest in any Debtor, except as otherwise set forth herein.

13. Strasburger & Price has represented certain of the Debtors in previous years. Specifically, Strasburger & Price represented (1) various Brinkmann companies, including The Brinkman Corporation and Dallas Manufacturing Company, Inc., in approximately a dozen matters, with the last of this work being performed in 2012; and (2) J. Baxter Brinkmann, individually, in connection with a small number of matters with the last of that work being performed in 2011. None of these matters is related to the work to be done for the Committee. This representation occurred before Ms. Kennedy joined Strasburger & Price.

-3-

In addition to the foregoing, Mark Golman, a partner in Strasburger & Price, has served in the past on the Board of Trustees or the Board of Directors of two nonprofit organizations with J. Baxter Brinkmann.

14.     Notwithstanding these disclosures, Strasburger & Price does not represent or hold any interest adverse to the Committee or the Debtors' estates with respect to the matters on which Strasburger & Price is to be employed.

15.     Strasburger & Price does not currently, and will not in the future represent any entity other than the Committee in matters relating to the Chapter 11 Cases.

16.     As a matter of retention and disclosure policy, Strasburger & Price will continue to review its electronic database as additional information concerning entities having a connection to the Debtors is developed.  Strasburger & Price will file appropriate supplemental disclosures with this Court, if necessary, to ensure compliance with the Bankruptcy Code.

17.     If the Application is granted, subject to the Court's approval and pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Guidelines and the rules and other procedures which this Court may fix, Strasburger & Price shall seek compensation on an hourly basis, plus reimbursement of the actual and necessary expenses that Strasburger & Price incurs in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.  I will be primarily, if not exclusively, responsible for performing services for the Committee pursuant to the proposed engagement. My current hourly rate is $550.

18.     Strasburger & Price's disbursement policies pass through all out-of-pocket expenses at actual cost. These expenses include, among other things, photocopying, printing, scanning, computerized legal research, long distance telephone calls, postage, overnight mail, messenger charges and telecopier charges.

19.     No promises have been received by Strasburger & Price or any member, counsel or associate thereof as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Strasburger & Price

has no agreement with any other entity to share any compensation received by Strasburger & Price.

20.     The Application requests approval of the retention of Strasburger & Price as Texas real estate counsel to the Committee on rates, terms and conditions consistent with what Strasburger & Price charges in non-bankruptcy matters.

21.     The foregoing constitutes the statement of Strasburger & Price pursuant to Bankruptcy Rule 2014.

8675932.4/SP/45749/0101/031617

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

Dated:   March 23, 2017                    */s/ Barbara Kennedy*_____
                                           Barbara Kennedy, Esq.

8675932.4/SP/45749/0101/031617

## Schedule 1

**Debtors and Non-Debtor Affiliates**
Dallas Manufacturing Company, Inc.
Malibu Lighting Corporation
Q-Beam Corporation
Smoke 'N Pit Corporation
Stubbs Collections, Inc.
The Brinkmann Corporation
Treasure Sensor Corporation
LightStar Corporation

**Directors & Officers**
J. Baxter Brinkmann
Martin P. Donoghue

**Insurance**
Bank Direct Capital Finance
Catlin Specialty Insurance Company
Continental Insurance Co
Great American Alliance Ins Co
Great American Insurance Group
Great Northern Insurance Co
Hartford Fire Insurance Co
Lexington Insurance Company
Liberty Insurance Underwriters
Marsh USA, Inc.
RSUI Indemnity Company
Safety National Casualty Corp
Starr Indemnity & Liability Co

**Landlords**
462 Thomas Family Properties, L.P.
Billingsley Trust, JV
E.I.J. Inc.
ET Crude, Inc.
Lakeridge I Associates, LLC
Tolmak, Inc.

**Secured Parties**
BANK OF AMERICA, N.A., AS AGENT
CISCO SYSTEMS CAPITAL CORPORATION
CIT FINANCE LLC
Comerica Bank - Texas
DE LAGE LANDEN FINANCIAL SERVICES, INC.

FIRST WESTERN BANK & TRUST DBA ALL LINES
LEASING
IBM CREDIT LLC
MAHINDRA FINANCE USA LLC
NISSAN MOTOR ACCEPTANCE CORPORATION
NMHG FINANCIAL SERVICES, INC.
TEXAS CAPITAL BANK
WELLS FARGO BANK, N.A.
XEROX FINANCIAL SERVICES

**Professionals**
Aurora Management Partners, LLC
Piper Jaffray & Co.

**Top Unsecured Vendors**
BANK MILLER COMPANY, INC.
CH ROBINSON WORLDWIDE INC.
CHANGSHU CHANGSHENG FASHION CO. LTD
CHINA KING
CUSTOMS AND BORDER PROTECTION
DALLAS CONTAINER COMPANY
EI FREIGHT (USA), INC.
EXPEDITORS INT'L DTT
FIBERTEX CORPORATION
GUANGDONG CANBO ELECTRICAL CO.,LTD
HANA FINANCIAL, INC.
HOME DEPOT FOUNDATION
HOMEWELL ENTERPRISE LIMITED
INNOCOR, INC.
JIANGSU HIGH HOPE INTERNATIONAL
JIANGSU HOLLY EVERLASTING INC.
JIANGSU SAINTY LAND-UP PRO-TRADING
JOYFAITH ENTERPRISES LTD.
KANSAS CITY SOUTHERN RAILWAY
MONTGOMERY COSCIA GREILICH LLP
NINGBO WANAN CO LTD
NINGHAI JINCHAO ELECTRIC APPLIANCE
OHL-INTERNATIONAL
PRATT INDUSTRIES, INC.
QUANTUM LIGHTING PRODUCTS LTD
SHANGHAI ALL FAST INTERNATIONAL
SHANGHAI HAILIAN ELECTRIC

8675932.4/SP/45749/0101/031617

<u>Schedule 2</u>

| | |
|---|---|
| Bank of America, N.A. | Lexington Insurance |
| CH Robinson Worldwide, Inc. | Liberty International Underwriters |
| CIT Finance LLC | Montgomery Coscia Greilich LLP |
| Great American Insurance Company | Nissan Motor Acceptance |
| Hartford Fire Insurance Company | Texas Capital Bank |
| Kansas City Southern Railway | Wells Fargo Bank |

8675932.4/SP/45749/0101/031617