BDO USA, LLP
100 Park Avenue
New York, N.Y. 10017
Tel: (212) 885-8000
Fax: (212) 697-1299
*Financial Advisor for the Committee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALIBU LIGHTING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12080 (KG)<br><br>(Jointly Administered) |

## DECLARATION OF DAVID E. BERLINER IN SUPPORT OF SEVENTEENTH MONTHLY APPLICATION OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017

STATE OF NEW YORK }
}SS:
COUNTY OF NEW YORK }

I, DAVID E. BERLINER, declare under the penalty of perjury as follows:

1. I am a partner in the firm of BDO USA, LLP ("BDO") and Managing Partner of BDO's New York Business Restructuring Services practice.

2. I have reviewed BDO's Seventeenth Monthly Application for Compensation and Reimbursement of Expenses of BDO USA as Financial Advisor for the Official Committee

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

of Unsecured Creditors (the "Committee") (the "Application") for the period February 1, 2017 to February 28, 2017 (the "Application Period") and this affidavit is submitted in support of the Application.

3. I have reviewed Delaware Bankruptcy Local Rule 2016-2 and submit that the Application substantially complies with such Rule.

4. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the United States Trustees Guidelines issued March 22, 1995, by the U.S. Department of Justice (the "UST Guidelines").

5. In providing a reimbursable service, BDO does not make a profit on that service.

6. In charging for a particular service, BDO does not include the amortization of the cost of any investment equipment or capital outlay.

7. In seeking reimbursement for third party services, BDO requests reimbursement only for the amount billed to BDO by the third-party.

8. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the UST Guidelines, except as specifically noted herein and in the application and except to the extent that fees or disbursements sought are prohibited by the UST Guidelines. The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BDO and generally accepted by BDO's clients.

9. A summary of the fees and expenses incurred by BDO in these chapter 11 cases, during the Application Period as well as copies of the records maintained in the ordinary course of business by BDO are provided in Exhibits "A" through "C" annexed to the Application.

| | |
|---|---|
| FEES | $40,063.50 |
| EXPENSES | $2,500.00 |
| TOTAL | $42,563.50 |

11. BDO has received from, or on behalf of, the Debtors $995,949.57 for reimbursement of fees and expenses in these chapter 11 cases as financial advisor for the Committee. None of the compensation to be paid to BDO, from or on behalf of the Debtors, will be divided or shared with any other person other than the members, associates and employees of BDO.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2017
at New York, NY

DAVID E. BERLINER

Sworn and subscribed to before
me this 29 day of March 2017

Notary Public
MARISSA D. RAMPERSAD
Notary Public, State of New York
No. 01RA6080139
Qualified in Bronx County
Commission Expires March 22, 2019