Exhibit “A”

**MALIBU LIGHTING CORPORATION**
**SUMMARY BY PROFESSIONAL**
**February 1, 2017 through February 28, 2017**

| | Professional | Position | Hours | Rate | Amount |
|---|---|---|---|---|---|
| D.B. | DAVID BERLINER | PARTNER | 19.3 | 715 | 13,799.50 |
| J.C. | JOE CASHEL | MANAGING DIRECTOR | 39.1 | 535 | 20,918.50 |
| M.E. | MICHAEL EDELSCHICK | SENIOR MANAGER | 11.9 | 425 | 5,057.50 |
| N.W. | NICK WEBER | STAFF | 1.6 | 180 | 288.00 |
| | **TOTAL:** | | **71.9** | | **$40,063.50** |

| Abbr. | Summary By Debtor[1] | Amount |
|---|---|---|
| NCOC | National Consumer Outdoors Corporation | 6,009.53 |
| ODC | Outdoor Direct Corporation | 28,044.45 |
| MLC | Malibu Lighting Corporation | 6,009.53 |
| | **TOTAL:** | **$40,063.50** |

[1] See Exhibit "B" for detail of fees allocated to each Debtor.