Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

1 General (Case Administration)

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 0% (15%) | ODC 50% (70%) | MLC 50% (15%) |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/17 | J.C. | Discussed case status with ME. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/01/17 | M.E. | Discussed case status with JC. | 0.2 | 425 | 85.00 | Gen | 12.75 | 59.50 | 12.75 |
| | | **TOTAL:** | **0.4** | | **192.00** | | **28.80** | **134.40** | **28.80** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| J.C. | JOE CASHEL | 0.2 | 535 | 107.00 |
| M.E. | MICHAEL EDELSCHICK | 0.2 | 425 | 85.00 |
| | **TOTAL:** | **0.4** | | **192.00** |

Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | | | | | | | 0% | 50% | 50% |
|---|---|---|---|---|---|---|---|---|---|
| | 2B | Communication with Creditors Committee Counsel | | | | | NCOC | ODC | MLC |
| Date | Name | Description | Hours | Rate | Amount | Debtor | 15% | 70% | 15% |
| 02/01/17 | D.B. | Participated on conference call with Lowenstein (B.N. and E.C.), JC and ME regarding appraisal and other issues regarding settlement agreement. | 0.3 | 715 | 214.50 | Gen | 32.18 | 150.15 | 32.18 |
| 02/01/17 | J.C. | Call with counsel, DB and ME re: appraisal and other issues regarding settlement agreement. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/01/17 | M.E. | Call with counsel, DB and JC re: appraisal and other issues regarding settlement agreement. | 0.3 | 425 | 127.50 | Gen | 19.13 | 89.25 | 19.13 |
| 02/02/17 | D.B. | Reviewed e-mail from E. Chafetz to Brinkmann counsel regarding appraisal of real estate. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/02/17 | D.B. | Participated on call and exchanged e-mails with E. Chafetz regarding retention of appraiser to approve real estate collateral. | 0.3 | 715 | 214.50 | Gen | 32.18 | 150.15 | 32.18 |
| 02/02/17 | J.C. | Call with counsel to discuss preference offsets, including follow up correspondence. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/03/17 | D.B. | Exchanged e-mails with counsel and real estate appraiser to discuss engagement provisions. | 0.3 | 715 | 214.50 | Gen | 32.18 | 150.15 | 32.18 |
| 02/03/17 | J.C. | Reviewed various correspondence from counsel re: collateral issues. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/07/17 | D.B. | Reviewed e-mail from E. Chafetz regarding further revised version of settlement agreement and reviewed agreement. | 0.3 | 715 | 214.50 | Gen | 32.18 | 150.15 | 32.18 |
| 02/07/17 | J.C. | Call with counsel to discuss comments and questions from counsel re: BDO flash report. | 0.5 | 535 | 267.50 | Gen | 40.13 | 187.25 | 40.13 |
| 02/07/17 | J.C. | Reviewed correspondence from counsel re: note collateral. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/07/17 | M.E. | Reviewed various correspondence between counsel and the property appraiser. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/09/17 | D.B. | Participated on conference call with counsel (B.N. and E.C.) regarding real estate appraisal result and next steps. | 0.5 | 715 | 357.50 | Gen | 53.63 | 250.25 | 53.63 |
| 02/09/17 | D.B. | Reviewed e-mails from Committee Texas bankruptcy counsel regarding issues related to potential foreclosure of real estate and valuation of land. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/09/17 | J.C. | Call with counsel to discuss recent appraisal of the proposed collateral and next steps. | 0.5 | 535 | 267.50 | Gen | 40.13 | 187.25 | 40.13 |
| 02/09/17 | J.C. | Reviewed various correspondence from counsel re: collateral for Brinkmann Note. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/09/17 | M.E. | Participated in call with UCC counsel to discuss appraisal report for proposed JBBI collateral. | 0.5 | 425 | 212.50 | Gen | 31.88 | 148.75 | 31.88 |
| 02/10/17 | D.B. | Reviewed e-mails from E. Chafetz regarding analysis of potential deficiency in event of default under Brinkmann note and update on claims. | 0.3 | 715 | 214.50 | Gen | 32.18 | 150.15 | 32.18 |
| 02/10/17 | J.C. | Reviewed update from counsel on discussion with Debtors re: status of claims reconciliation. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/10/17 | M.E. | Reviewed update from real estate counsel in Texas. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/13/17 | D.B. | Reviewed proposed e-mail from E. Chafetz to UCC regarding case status update. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/13/17 | D.B. | Reviewed response to counsel e-mail regarding potential settlement of claim. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/13/17 | J.C. | Reviewed draft email update from counsel and attached draft of promissory note and settlement agreement and provided comments to counsel. | 0.5 | 535 | 267.50 | Gen | 40.13 | 187.25 | 40.13 |
| 02/13/17 | J.C. | Reviewed final Committee update prepared and sent by counsel. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/13/17 | M.E. | Reviewed update email from counsel on negotiation status of certain claims. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/13/17 | M.E. | Prepared response to counsel re: proposed ODC claim settlement. | 0.3 | 425 | 127.50 | Gen | 19.13 | 89.25 | 19.13 |
| 02/13/17 | M.E. | Reviewed draft email update from counsel to the Committee. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/13/17 | M.E. | Call with counsel to discuss updates to the BDO flash report. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/17/17 | D.B. | Received call from B.N. and E.C. (Lowenstein) regarding update from discussions with Brinkmann's counsel and work to be done regarding the Plan and Disclosure Statement. | 0.3 | 715 | 214.50 | Gen | 32.18 | 150.15 | 32.18 |
| 02/17/17 | J.C. | Call with counsel re: Plan language and next steps. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/20/17 | D.B. | Reviewed e-mail with counsel regarding revised default interest calculation. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/20/17 | J.C. | Call with counsel to discuss interest calculation and Brinkmann Note. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |

Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | 2B | Communication with Creditors Committee Counsel | | | | | 0% | 50% | 50% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **NCOC** | **ODC** | **MLC** |
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** | **Debtor** | 15% | 70% | 15% |
| 02/21/17 | D.B. | Reviewed e-mails from counsel regarding questions on DS items and update from discussion with Brinkmann's counsel. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/21/17 | D.B. | Reviewed draft e-mail from counsel to the Committee regarding case status update. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/21/17 | D.B. | Reviewed e-mails from J.C. in response to counsel's questions. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/21/17 | J.C. | Reviewed draft update to Committee prepared by counsel and provided comments. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/21/17 | J.C. | Reviewed email from counsel and responded with feedback re: global settlement terms. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/21/17 | J.C. | Reviewed revised update to Committee prepared by counsel and provided comments. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/21/17 | J.C. | Researched and responded to counsel's requests re: Plan and DS. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/22/17 | D.B. | Participated on conference call with counsel (B.N. and E.C.) to discuss Plan and DS issues. | 0.8 | 715 | 572.00 | Gen | 85.80 | 400.40 | 85.80 |
| 02/22/17 | D.B. | Prepared e-mail for counsel summarizing BDO comments to Plan and DS. | 1.1 | 715 | 786.50 | Gen | 117.98 | 550.55 | 117.98 |
| 02/22/17 | D.B. | Reviewed e-mail from counsel re: potential wording of partial Subcon of Debtor entities from example of another bankruptcy case and provided comments to counsel. | 0.7 | 715 | 500.50 | Gen | 75.08 | 350.35 | 75.08 |
| 02/22/17 | D.B. | Received call from counsel regarding questions on Subcon issues for Plan and DS. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/22/17 | J.C. | Call with counsel to discuss our initial collective thoughts on the Plan and the DS drafts prepared by Debtors' counsel. | 0.8 | 535 | 428.00 | Gen | 64.20 | 299.60 | 64.20 |
| 02/22/17 | J.C. | Reviewed email from counsel re: substantive consolidation. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/23/17 | J.C. | Call with counsel to discuss the Plan and DS drafts. | 0.4 | 535 | 214.00 | Gen | 32.10 | 149.80 | 32.10 |
| 02/23/17 | M.E. | Reviewed update from UCC counsel re: draft Plan. | 0.2 | 425 | 85.00 | Gen | 12.75 | 59.50 | 12.75 |
| 02/24/17 | M.E. | Reviewed update from counsel re: draft Plan. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/27/17 | D.B. | Reviewed e-mail from counsel to Committee regarding case status update. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/27/17 | J.C. | Call with counsel to discuss draft DS language re: intercompany treatment. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/27/17 | J.C. | Reviewed counsel's update to the Committee and provided comments. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/28/17 | D.B. | Participated on conference call with counsel regarding treatment of intercompany claims in DS. | 1.0 | 715 | 715.00 | Gen | 107.25 | 500.50 | 107.25 |
| 02/28/17 | J.C. | Participated in status update call with counsel re: Plan, DS and other case issues. | 1.0 | 535 | 535.00 | Gen | 80.25 | 374.50 | 80.25 |
| 02/28/17 | J.C. | Reviewed counsel's email re: substantive consolidation language and issues. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| | | **TOTAL:** | **16.4** | | **9,879.00** | | **1,481.85** | **6,915.30** | **1,481.85** |

**SUMMARY BY PROFESSIONAL:**

| **Initials** | **Name** | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 7.3 | 715 | 5,219.50 |
| J.C. | JOE CASHEL | 7.2 | 535 | 3,852.00 |
| M.E. | MICHAEL EDELSCHICK | 1.9 | 425 | 807.50 |
| | **TOTAL:** | **16.4** | | **9,879.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

5 Financings and Cash Collateral

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 0% / 15% | ODC 50% / 70% | MLC 50% / 15% |
|---|---|---|---|---|---|---|---|---|---|
| 02/02/17 | J.C. | Reviewed the weekly cash flow variance report provided by Aurora. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/02/17 | M.E. | Reviewed the weekly cash flow variance report provided by Aurora. | 0.3 | 425 | 127.50 | Gen | 19.13 | 89.25 | 19.13 |
| 02/02/17 | M.E. | Updated analysis of revised wind down budget, based on latest report from the Debtors. | 1.6 | 425 | 680.00 | Gen | 102.00 | 476.00 | 102.00 |
| 02/02/17 | M.E. | Prepared update to JC re: issues with the revised wind down budget. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/03/17 | M.E. | Completed analysis of revised wind down budget based on latest report from the Debtors. | 0.5 | 425 | 212.50 | Gen | 31.88 | 148.75 | 31.88 |
| 02/09/17 | J.C. | Reviewed and analyzed the Debtors' cash flow variance report along with corresponding notes. | 0.6 | 535 | 321.00 | Gen | 48.15 | 224.70 | 48.15 |
| 02/09/17 | M.E. | Reviewed weekly budget to actual results and commentary. | 0.2 | 425 | 85.00 | Gen | 12.75 | 59.50 | 12.75 |
| 02/16/17 | J.C. | Reviewed and analyzed budget to actual results and corresponding notes. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/17/17 | D.B. | Reviewed actual vs. budget results for week ended 1/27/17 and 2/3/17 and wind-down budget through 4/28/17. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/23/17 | J.C. | Reviewed and analyzed weekly budget to actual results and related commentary. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/24/17 | D.B. | Reviewed e-mail from L. Kendall regarding cash flow variance request for week ended 2/17/17 and explanation of variances. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| | | **TOTAL:** | **4.5** | | **2,182.50** | | **327.38** | **1,527.75** | **327.38** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 0.4 | 715 | 286.00 |
| J.C. | JOE CASHEL | 1.4 | 535 | 749.00 |
| M.E. | MICHAEL EDELSCHICK | 2.7 | 425 | 1,147.50 |
| | **TOTAL:** | **4.5** | | **2,182.50** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC | ODC | MLC |
|---|---|---|---|---|---|---|---|---|---|
| | 6 | Communication with Debtors or Debtors Professionals | | | | | 0% | 50% | 50% |
| | | | | | | | 15% | 70% | 15% |
| 02/07/17 | D.B. | Reviewed e-mail from L. Kendall regarding file with payments back to 2013 for ODC and MLC for select vendors. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/20/17 | D.B. | Reviewed e-mails between J.C. and Debtors' professionals re: cash recovery components. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/20/17 | J.C. | Sent multiple requests to Debtors' professionals including follow up correspondence re: cash recovery components. | 0.6 | 535 | 321.00 | Gen | 48.15 | 224.70 | 48.15 |
| 02/20/17 | J.C. | Reviewed responses from Debtor's counsel to requests. | 0.4 | 535 | 214.00 | Gen | 32.10 | 149.80 | 32.10 |
| 02/20/17 | M.E. | Reviewed e-mails between J.C. and Debtors' professionals re: cash recovery components. | 0.2 | 425 | 85.00 | Gen | 12.75 | 59.50 | 12.75 |
| 02/21/17 | J.C. | Reviewed email from Debtors' counsel re: PSZJ professional fee account. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/28/17 | J.C. | Prepared follow-up information requests and related correspondence with Debtors. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| | | **TOTAL:** | **2.1** | | **1,173.50** | | **176.03** | **821.45** | **176.03** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 0.4 | 715 | 286.00 |
| J.C. | JOE CASHEL | 1.5 | 535 | 802.50 |
| M.E. | MICHAEL EDELSCHICK | 0.2 | 425 | 85.00 |
| | **TOTAL:** | **2.1** | | **1,173.50** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | | | | | | | 0% | 50% | 50% |
|---|---|---|---|---|---|---|---|---|---|
| | 9 | Business Analysis | | | | | NCOC | ODC | MLC |
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** | **Debtor** | 15% | 70% | 15% |
| 02/03/17 | J.C. | Reviewed summary email to counsel prepared by ME re: JBBI note discounts. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/03/17 | J.C. | Reviewed Brinkmann settlement agreement and secured promissory note, including Exhibit A. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/03/17 | M.E. | Reviewed correspondences with real estate appraiser of JBBI collateral. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/07/17 | M.E. | Discussed research to be performed with NW re: counsel's ad hoc request. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/07/17 | N.W. | Discussed research to be performed with J.C. | 0.1 | 180 | 18.00 | Gen | 2.70 | 12.60 | 2.70 |
| 02/08/17 | D.B. | Reviewed appraisal of 2 tracts of land as collateral for settlement note prepared by NVC dated 2/5/17. | 0.5 | 715 | 357.50 | Gen | 53.63 | 250.25 | 53.63 |
| 02/08/17 | J.C. | Reviewed MOR for December. | 0.5 | 535 | 267.50 | Gen | 40.13 | 187.25 | 40.13 |
| 02/08/17 | M.E. | Reviewed appraisal report for JBBI collateral. | 0.6 | 425 | 255.00 | Gen | 38.25 | 178.50 | 38.25 |
| 02/09/17 | D.B. | Reviewed value in appraisal from NVC to tax valuation provided by Brinkmann. | 0.3 | 715 | 214.50 | Gen | 32.18 | 150.15 | 32.18 |
| 02/09/17 | M.E. | Reviewed update from real estate counsel in Texas. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/10/17 | D.B. | Reviewed BDO analysis of cost of potential default under note. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/10/17 | J.C. | Prepared interest calculation under different scenarios of default during the expected payout of the Brinkmann note plus foreclosure costs. | 1.8 | 535 | 963.00 | Gen | 144.45 | 674.10 | 144.45 |
| 02/10/17 | M.E. | Reviewed BDO analysis of costs associated with potential foreclosure of Texas collateral. | 0.2 | 425 | 85.00 | Gen | 12.75 | 59.50 | 12.75 |
| 02/20/17 | J.C. | Updated the interest calculation schedule with new parameters and determined whether the Brinkmann Note was sufficiently collateralized. | 0.5 | 535 | 267.50 | Gen | 40.13 | 187.25 | 40.13 |
| | | **TOTAL:** | **5.5** | | **2,966.00** | | **444.90** | **2,076.20** | **444.90** |

**SUMMARY BY PROFESSIONAL:**

| **Initials** | **Name** | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 1.0 | 715 | 715.00 |
| J.C. | JOE CASHEL | 3.3 | 535 | 1,765.50 |
| M.E. | MICHAEL EDELSCHICK | 1.1 | 425 | 467.50 |
| N.W. | NICK WEBER | 0.1 | 180 | 18.00 |
| | **TOTAL:** | **5.5** | | **2,966.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10 | Professional Fees - Internal | | | | | 0% | 50% | 50% |
| | | | | | | | **NCOC** | **ODC** | **MLC** |
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** | **Debtor** | 15% | 70% | 15% |
| 02/03/17 | J.C. | Prepared January fee application. | 0.6 | 535 | 321.00 | Gen | 48.15 | 224.70 | 48.15 |
| 02/09/17 | D.B. | Reviewed BDO's 5th interim fee application. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/17/17 | J.C. | Prepared January fee application. | 2.8 | 535 | 1,498.00 | Gen | 224.70 | 1,048.60 | 224.70 |
| | | **TOTAL:** | **3.5** | | **1,890.50** | | **283.58** | **1,323.35** | **283.58** |

**SUMMARY BY PROFESSIONAL:**

| **Initials** | **Name** | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 0.1 | 715 | 71.50 |
| J.C. | JOE CASHEL | 3.4 | 535 | 1,819.00 |
| | **TOTAL:** | **3.5** | | **1,890.50** |

Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | 11 | Professional Fees - Others (Includes review and objections) | | | | | 0% | 50% | 50% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **NCOC** | **ODC** | **MLC** |
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** | **Debtor** | 15% | 70% | 15% |
| 02/03/17 | N.W. | Reviewed recently filed fee applications for all case professionals. | 0.1 | 180 | 18.00 | Gen | 2.70 | 12.60 | 2.70 |
| 02/20/17 | N.W. | Reviewed docket filings related to professional fee applications. | 0.3 | 180 | 54.00 | Gen | 8.10 | 37.80 | 8.10 |
| | | **TOTAL:** | **0.4** | | **72.00** | | **10.80** | **50.40** | **10.80** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| N.W. | NICK WEBER | 0.4 | 180 | 72.00 |
| | **TOTAL:** | **0.4** | | **72.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC | ODC | MLC |
|---|---|---|---|---|---|---|---|---|---|
| | 12 | Avoidance Actions Analysis | | | | | 0% | 50% | 50% |
| | | | | | | | 15% | 70% | 15% |
| 02/15/17 | J.C. | Discussed new payment data with ME. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/15/17 | M.E. | Reviewed new payment data provided by the Debtors re: preference analysis. | 1.0 | 425 | 425.00 | Gen | 63.75 | 297.50 | 63.75 |
| 02/15/17 | M.E. | Sent update to JC re: new payment data provided by the Debtors. | 0.1 | 425 | 42.50 | Gen | 6.38 | 29.75 | 6.38 |
| 02/15/17 | M.E. | Discussed new payment data with JC. | 0.2 | 425 | 85.00 | Gen | 12.75 | 59.50 | 12.75 |
| 02/17/17 | J.C. | Call with ME to discuss new historical payment data received from Aurora re: preferences. | 0.4 | 535 | 214.00 | Gen | 32.10 | 149.80 | 32.10 |
| 02/17/17 | J.C. | Correspondence with Aurora re: preference data. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/17/17 | M.E. | Discussed potential preference exposure with JC, including next steps. | 0.4 | 425 | 170.00 | Gen | 25.50 | 119.00 | 25.50 |
| | | **TOTAL:** | **2.4** | | **1,097.00** | | **164.55** | **767.90** | **164.55** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| J.C. | JOE CASHEL | 0.7 | 535 | 374.50 |
| M.E. | MICHAEL EDELSCHICK | 1.7 | 425 | 722.50 |
| | **TOTAL:** | **2.4** | | **1,097.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | 14 | Plan & Disclosure Statement | | | | | 0% | 50% | 50% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **NCOC** | **ODC** | **MLC** |
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** | **Debtor** | 15% | 70% | 15% |
| 02/17/17 | D.B. | Met with J. Cashel to discuss work to be done relating to the Plan and DS. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/17/17 | J.C. | Began reviewing drafts of the Plan and DS prepared by Debtors' counsel. | 1.5 | 535 | 802.50 | Gen | 120.38 | 561.75 | 120.38 |
| 02/17/17 | J.C. | Discussion with DB on next steps re: Plan and DS. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/20/17 | D.B. | Prepared comments based on review of the draft DS. | 1.8 | 715 | 1,287.00 | Gen | 193.05 | 900.90 | 193.05 |
| 02/20/17 | D.B. | Prepared comments based on review of the draft Plan. | 1.4 | 715 | 1,001.00 | Gen | 150.15 | 700.70 | 150.15 |
| 02/20/17 | D.B. | Discussed comments to Plan and DS with J.C. | 0.2 | 715 | 143.00 | Gen | 21.45 | 100.10 | 21.45 |
| 02/20/17 | J.C. | Discussed comments to Plan and DS with D.B. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/20/17 | J.C. | Continued reviewing and analyzing the Plan and DS. | 1.0 | 535 | 535.00 | Gen | 80.25 | 374.50 | 80.25 |
| 02/20/17 | J.C. | Reviewed DB's email including questions re: initial review of the draft DS. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/20/17 | J.C. | Reviewed DB's email including questions re: initial review of the draft Plan. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/20/17 | J.C. | Researched and responded to DB's questions re: initial review of DS. | 0.6 | 535 | 321.00 | Gen | 48.15 | 224.70 | 48.15 |
| 02/21/17 | D.B. | Finalized comments based on review of the Plan and DS drafts. | 0.6 | 715 | 429.00 | Gen | 64.35 | 300.30 | 64.35 |
| 02/22/17 | D.B. | Performed initial review of BDO edits to DS regarding description of treatment of intercompany amounts. | 0.9 | 715 | 643.50 | Gen | 96.53 | 450.45 | 96.53 |
| 02/22/17 | J.C. | Reviewed DB's email write-up to counsel re: detailed comments on Plan and DS. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/22/17 | J.C. | Reviewed DB's email write-up to counsel re: substantive consolidation. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/23/17 | J.C. | Performed detailed review and analysis of the Plan. | 1.6 | 535 | 856.00 | Gen | 128.40 | 599.20 | 128.40 |
| 02/23/17 | J.C. | Performed detailed review and analysis of the draft Disclosure Statement. | 1.9 | 535 | 1,016.50 | Gen | 152.48 | 711.55 | 152.48 |
| 02/23/17 | J.C. | Prepared write-up for section discussing the satisfaction of intercompany claims. | 1.5 | 535 | 802.50 | Gen | 120.38 | 561.75 | 120.38 |
| 02/24/17 | D.B. | Continued review of BDO language inserts to DS regarding description of treatment of intercompany amounts and prepared comments and questions to discuss with J.C. | 1.5 | 715 | 1,072.50 | Gen | 160.88 | 750.75 | 160.88 |
| 02/24/17 | J.C. | Reviewed DB's comments/edits to draft DS re: intercompany treatment and global settlement. | 0.5 | 535 | 267.50 | Gen | 40.13 | 187.25 | 40.13 |
| 02/27/17 | D.B. | Finalized initial review of BDO language insert to DS regarding treatment of intercompany accounts. | 0.7 | 715 | 500.50 | Gen | 75.08 | 350.35 | 75.08 |
| 02/28/17 | D.B. | Reviewed the revised blackline comments to the Settlement Agreement Secured Commissionary Note and Joint Plan. | 0.9 | 715 | 643.50 | Gen | 96.53 | 450.45 | 96.53 |
| 02/28/17 | D.B. | Met with J.C. to discuss comments on treatment of intercompany claims. | 0.4 | 715 | 286.00 | Gen | 42.90 | 200.20 | 42.90 |
| 02/28/17 | J.C. | Continued to review DB's comments to draft DS re: intercompany treatment and global settlement. | 0.5 | 535 | 267.50 | Gen | 40.13 | 187.25 | 40.13 |
| 02/28/17 | J.C. | Met with DB to discuss comments to draft DS re: intercompany treatment and global settlement. | 0.4 | 535 | 214.00 | Gen | 32.10 | 149.80 | 32.10 |
| 02/28/17 | J.C. | Revised draft DS re: intercompany and global settlement sections. | 0.7 | 535 | 374.50 | Gen | 56.18 | 262.15 | 56.18 |
| 02/28/17 | J.C. | Reviewed other plans for language examples re: substantive consolidation. | 0.5 | 535 | 267.50 | Gen | 40.13 | 187.25 | 40.13 |
| | | **TOTAL:** | **20.1** | | **12,283.50** | | **1,842.53** | **8,598.45** | **1,842.53** |

**SUMMARY BY PROFESSIONAL:**

| **Initials** | **Name** | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 8.5 | 715 | 6,077.50 |
| J.C. | JOE CASHEL | 11.6 | 535 | 6,206.00 |
| | **TOTAL:** | **20.1** | | **12,283.50** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 16 | Claims Administration and Objections | | | | | 0% | 50% | 50% |
| | | | | | | | NCOC | ODC | MLC |
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** | **Debtor** | 15% | 70% | 15% |
| 02/02/17 | N.W. | Reviewed Debtors' amended 3rd omnibus objection to claims. | 0.3 | 180 | 54.00 | Gen | 8.10 | 37.80 | 8.10 |
| 02/07/17 | N.W. | Analyzed docket filing to determine relevant claim filing deadlines. | 0.3 | 180 | 54.00 | Gen | 8.10 | 37.80 | 8.10 |
| 02/10/17 | D.B. | Reviewed revised order fixing deadline for filing administrative claims. | 0.1 | 715 | 71.50 | Gen | 10.73 | 50.05 | 10.73 |
| 02/10/17 | N.W. | Analyzed revised order fixing deadline for filing allowance of administrative expense claims. | 0.3 | 180 | 54.00 | Gen | 8.10 | 37.80 | 8.10 |
| 02/13/17 | J.C. | Reviewed email from counsel re: West Marine settlement of claim. | 0.1 | 535 | 53.50 | Gen | 8.03 | 37.45 | 8.03 |
| 02/13/17 | J.C. | Reviewed analysis and email from ME to counsel agreeing with the reasonableness of the settlement offer of the claim. | 0.2 | 535 | 107.00 | Gen | 16.05 | 74.90 | 16.05 |
| 02/13/17 | M.E. | Updated BDO claims analysis with proposed settlement for ODC claim. | 0.4 | 425 | 170.00 | Gen | 25.50 | 119.00 | 25.50 |
| 02/16/17 | N.W. | Reviewed the notice of deadline for filing of administrative expense claims. | 0.1 | 180 | 18.00 | Gen | 2.70 | 12.60 | 2.70 |
| 02/17/17 | N.W. | Reviewed filing re: omnibus hearing dates. | 0.1 | 180 | 18.00 | Gen | 2.70 | 12.60 | 2.70 |
| | | **TOTAL:** | **1.9** | | **600.00** | | **90.00** | **420.00** | **90.00** |

**SUMMARY BY PROFESSIONAL:**

| **Initials** | **Name** | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 0.1 | 715 | 71.50 |
| J.C. | JOE CASHEL | 0.3 | 535 | 160.50 |
| M.E. | MICHAEL EDELSCHICK | 0.4 | 425 | 170.00 |
| N.W. | NICK WEBER | 1.1 | 180 | 198.00 |
| | **TOTAL:** | **1.9** | | **600.00** |

Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | | | | | | | 0% | 50% | 50% |
|---|---|---|---|---|---|---|---|---|---|
| | 17 | Investigation of Company (Asset Analysis and Recovery) | | | | | **NCOC** | **ODC** | **MLC** |
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** | **Debtor** | 15% | 70% | 15% |
| 02/08/17 | J.C. | Reviewed additional revisions to the settlement agreement document. | 0.7 | 535 | 374.50 | Gen | 56.18 | 262.15 | 56.18 |
| 02/28/17 | D.B. | Reviewed the revised settlement calculation and provided comments to J.C. | 0.5 | 715 | 357.50 | Gen | 53.63 | 250.25 | 53.63 |
| 02/28/17 | J.C. | Reviewed the revised version of the Brinkmann Global Settlement Agreement, including counsel's comments. | 0.3 | 535 | 160.50 | Gen | 24.08 | 112.35 | 24.08 |
| 02/28/17 | J.C. | Updated recovery and distribution analysis. | 3.1 | 535 | 1,658.50 | Gen | 248.78 | 1,160.95 | 248.78 |
| 02/28/17 | J.C. | Call with ME re: recovery analysis. | 0.4 | 535 | 214.00 | Gen | 32.10 | 149.80 | 32.10 |
| 02/28/17 | M.E. | Discussed updates to the recovery analysis with JC. | 0.4 | 425 | 170.00 | Gen | 25.50 | 119.00 | 25.50 |
| | | **TOTAL:** | **5.4** | | **2,935.00** | | **440.25** | **2,054.50** | **440.25** |

**SUMMARY BY PROFESSIONAL:**

| **Initials** | **Name** | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 0.5 | 715 | 357.50 |
| J.C. | JOE CASHEL | 4.5 | 535 | 2,407.50 |
| M.E. | MICHAEL EDELSCHICK | 0.4 | 425 | 170.00 |
| | **TOTAL:** | **5.4** | | **2,935.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2017 through February 28, 2017**

| | | | | | | | | 0% | 50% | 50% |
|---|---|---|---|---|---|---|---|---|---|---|
| | 19 | Preparation of Reports to Creditors Committee | | | | | | **NCOC** | **ODC** | **MLC** |
| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** | **Debtor** | | 15% | 70% | 15% |
| 02/02/17 | J.C. | Call(s) and related correspondence with ME to discuss edits to the Committee report re: extended DIP budget. | 0.4 | 535 | 214.00 | Gen | | 32.10 | 149.80 | 32.10 |
| 02/02/17 | M.E. | Call(s) and related correspondence with JC to discuss edits to the Committee report re: extended DIP budget. | 0.4 | 425 | 170.00 | Gen | | 25.50 | 119.00 | 25.50 |
| 02/02/17 | M.E. | Updated section in BDO flash report on wind down budget based on latest report from the Debtors. | 0.6 | 425 | 255.00 | Gen | | 38.25 | 178.50 | 38.25 |
| 02/03/17 | D.B. | Reviewed BDO flash report to UCC regarding case status update. | 0.6 | 715 | 429.00 | Gen | | 64.35 | 300.30 | 64.35 |
| 02/03/17 | J.C. | Reviewed and supplemented the BDO flash report. | 1.7 | 535 | 909.50 | Gen | | 136.43 | 636.65 | 136.43 |
| 02/03/17 | M.E. | Completed revisions to section in BDO flash report on wind down budget based on latest report from the Debtors. | 0.9 | 425 | 382.50 | Gen | | 57.38 | 267.75 | 57.38 |
| 02/03/17 | M.E. | Reviewed final version of BDO flash report sent to counsel. | 0.3 | 425 | 127.50 | Gen | | 19.13 | 89.25 | 19.13 |
| 02/07/17 | D.B. | Reviewed revised BDO flash report to UCC reflecting comments from counsel. | 0.3 | 715 | 214.50 | Gen | | 32.18 | 150.15 | 32.18 |
| 02/07/17 | J.C. | Revised BDO flash report based on comments and questions from counsel. | 1.1 | 535 | 588.50 | Gen | | 88.28 | 411.95 | 88.28 |
| 02/07/17 | J.C. | Call with ME to discuss professional fee section of BDO flash report. | 0.4 | 535 | 214.00 | Gen | | 32.10 | 149.80 | 32.10 |
| 02/07/17 | J.C. | Performed additional revisions to BDO flash report per counsel. | 0.3 | 535 | 160.50 | Gen | | 24.08 | 112.35 | 24.08 |
| 02/07/17 | M.E. | Discussed updates to the BDO flash report with JC. | 0.4 | 425 | 170.00 | Gen | | 25.50 | 119.00 | 25.50 |
| 02/07/17 | M.E. | Reviewed final version of BDO flash report. | 0.2 | 425 | 85.00 | Gen | | 12.75 | 59.50 | 12.75 |
| 02/08/17 | M.E. | Reviewed additional comments from counsel to BDO flash report. | 0.1 | 425 | 42.50 | Gen | | 6.38 | 29.75 | 6.38 |
| 02/09/17 | J.C. | Revised and supplemented BDO flash report based on additional comments from counsel re: global settlement update. | 0.9 | 535 | 481.50 | Gen | | 72.23 | 337.05 | 72.23 |
| 02/10/17 | J.C. | Updated BDO flash report based on further discussions and comments from counsel. | 0.2 | 535 | 107.00 | Gen | | 16.05 | 74.90 | 16.05 |
| 02/13/17 | D.B. | Reviewed final version of BDO flash report to UCC. | 0.1 | 715 | 71.50 | Gen | | 10.73 | 50.05 | 10.73 |
| 02/13/17 | M.E. | Revised and supplemented the BDO flash report based on comments from counsel. | 0.4 | 425 | 170.00 | Gen | | 25.50 | 119.00 | 25.50 |
| | | **TOTAL:** | **9.3** | | **4,792.50** | | | **718.88** | **3,354.75** | **718.88** |

**SUMMARY BY PROFESSIONAL:**

| **Initials** | **Name** | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 1.0 | 715 | 715.00 |
| J.C. | JOE CASHEL | 5.0 | 535 | 2,675.00 |
| M.E. | MICHAEL EDELSCHICK | 3.3 | 425 | 1,402.50 |
| | **TOTAL:** | **9.3** | | **4,792.50** |