Exhibit "C"

**MALIBU LIGHTING CORPORATION, ET AL.,**

Schedule of Expenses

February 1, 2017 through February 28, 2017

| | | |
|---|---|---|
| 1. | PHOTOCOPYING<br>a. Internal<br>b. External | |
| 2. | TELECOMMUNICATIONS<br>a. Toll Charges<br>b. Internet<br>c. Out-of-State toll charges | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES<br>*For overnight and hand delivery to Counsel and Committee members* | |
| 4. | TECHNOLOGY SERVICES | |
| 5. | OUT-OF-TOWN TRAVEL<br>a. Transportation<br>b. Lodging<br>c. Meals | |
| 6. | OUTSIDE SERVICES – Pacer Services | |
| 7. | LOCAL MEALS | |
| 8. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | |
| 9. | MISCELLANEOUS – Consulting Fee | $2,500.00 |
| | **TOTAL** | **$2,500.00** |

Exhibit "C"

| Date | Name | Description | Expenses | Notes |
|---|---|---|---|---|
| 02/03/2017 | NATIONAL VALUATION CONSULTANTS INC. | Consulting Fees | 2,500.00 | Appraisal of land in Texas |

| | | |
|---|---|---|
| | TOTAL | $2,500.00 |