IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, *et al.*,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. 1137** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SIXTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR DEBTORS <u>FOR THE PERIOD FROM JANUARY 1, 2017, THROUGH JANUARY 31, 2017</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Sixteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for Debtors for the Period from January 1, 2017, through January 31, 2017,* (Docket No. 1137) (the "Application"), filed and served on March 7, 2017 with the United States Bankruptcy Court for the District of Delaware (the "Court"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of the Application, objections to the Application were to be filed and served no later than March 28, 2017.

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); NC Estate Corporation (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committee and Consideration of Fee Applications*, dated November 4, 2015, (Docket No. 203), the Debtors are authorized to pay PSZJ $107,655.68, which represents 80% of the fees ($104,256.00) and $3,399.68, which represents 100% of the expenses requested in the Application for the period January 1, 2017, through January 31, 2017, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: March 30, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Jeffrey N. Pomerantz (CA Bar No.143717)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail: jpomerantz@pszjlaw.com
joneill@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*