**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALIBU LIGHTING CORPORATION, *et al.*,[1] | Case No. 15-12080 (KG) |
| Debtors. | Jointly Administered |
| | **Related Docket No.: 1145** |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTEENTH MONTHLY APPLICATION OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

On March 10, 2017, BDO USA, LLP ("BDO") filed the *Sixteenth Monthly Application of BDO USA, LLP, as Financial Advisor for the Official Committee of Unsecured Creditors for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2017 through January 31, 2017* [Docket No. 1145] ("Application") with the United States Bankruptcy Court for the District of Delaware. The notice appended to the Application established a deadline of March 31, 2017 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Application. The undersigned hereby certifies that she has received no formal or informal objection or response to the Application. The undersigned further certifies that she has reviewed the docket in these cases and that no objections or responses to the Application appear thereon.

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 4, 2015 [Docket No. 203], upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Application, the above-captioned debtors and debtors in possession are authorized to pay BDO (i) $31,996.80, which represents eighty percent (80%) of the fees requested in the Application ($39,996.00), and (ii) $0.00, which represents one-hundred percent (100%) of the expenses requested in the Application.

Dated: April 3, 2017
Wilmington, Delaware

**BLANK ROME LLP**

*<u>/s/ Victoria A. Guilfoyle</u>*
Victoria A. Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
E-mail: Guilfoyle@BlankRome.com

-and-

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen (admitted *pro hac vice*)
Eric S. Chafetz (admitted *pro hac vice*)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-6247
E-mail: krosen@lowenstein.com
echafetz@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*