**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALIBU LIGHTING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12080 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if an objection is filed**<br>**Objection Deadline: April 25, 2017 @ 4:00 p.m. (ET)** |

**SEVENTEENTH MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

| | |
|---|---|
| **Name of Applicant:** | **Lowenstein Sandler LLP** |
| **Authorized to provide professional services to:** | **The Official Committee of Unsecured Creditors** |
| **Date of Retention:** | **November 17, 2015, effective as of October 20, 2015** |
| **Period for which compensation and reimbursement is sought:** | **February 1, 2017 through February 28, 2017** |

**COMPENSATION**

| | |
|---|---|
| ***Total* amount of compensation sought as actual, reasonable and necessary:** | **$65,346.80 (80% of $81,683.50)** |

**EXPENSES**

| | |
|---|---|
| ***Total* Amount of expense reimbursement sought as actual, reasonable and necessary:** | **$941.25** |

[1]The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

This is a(n): ☑ Monthly ☐ Interim ☐ Final application

## PRIOR APPLICATION HISTORY

| | | | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| **Application** | **Date Filed** | **Period Covered** | **Fees 100%** | **Expenses** | **Fees 80%** | **Expenses** | |
| **First Monthly (NCOC)** | **February 11, 2016** | **October 20, 2015- October 31, 2015** | **$92,967.54** | **$984.20** | **$74,374.03** | **$984.20** | **2/3/16 D.I. 428** |
| **First Monthly (ODC)** | **February 11, 2016** | **October 20, 2015 – October 31, 2015** | **$37,211.83** | **$454.25** | **$29,769.46** | **$454.25** | **2/3/16 D.I. 426** |
| **First Monthly (MLC)** | **February 11, 2016** | **October 20, 2015 – October 31, 2015** | **$9,841.39** | **$75.71** | **$7,873.11** | **$75.71** | **2/3/16 D.I. 424** |
| **Second Monthly (NCOC)** | **February 11, 2016** | **November 1, 2015- November 30, 2015** | **$118,511.61** | **$976.59** | **$94,809.29** | **$976.59** | **2/3/16 D.I. 429** |
| **Second Monthly (ODC)** | **February 11, 2016** | **November 1, 2015 – November 30, 2015** | **$25,494.48** | **$450.74** | **$20,395.58** | **$450.74** | **2/3/16 D.I. 427** |
| **Second Monthly (MLC)** | **February 11, 2016** | **November 1, 2015 – November 30, 2015** | **$3,989.91** | **$75.12** | **$3,191.93** | **$75.12** | **2/3/16 D.I. 425** |
| **Third Monthly (NCOC)** | **January 25, 2016** | **December 1, 2015 – December 31, 2015** | **$10,542.75** | **$151.89** | **$8,434.20** | **$151.89** | **2/22/16 D.I. 471** |
| **Third Monthly (ODC)** | **January 25, 2016** | **December 1, 2015- December 31, 2015** | **$38,396.50** | **$708.81** | **$31,517.20** | **$708.81** | **2/22/16 D.I. 472** |
| **Third Monthly (MLC)** | **January 25, 2016** | **December 1, 2015 – December 31, 2015** | **$11,590.25** | **$151.89** | **$9,272.20** | **$151.89** | **2/22/16 D.I. 470** |

| | | | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| **Application** | **Date Filed** | **Period Covered** | **Fees 100%** | **Expenses** | **Fees 80%** | **Expenses** | |
| **First Interim (NCOC)** | **January 27, 2015** | **October 20, 2015 – December 31, 2015** | **$222,021.90** | **$2,112.68** | | | **2/26/16 D.I. 496** |
| **First Interim (ODC)** | **January 27, 2016** | **October 20, 2015 – December 31, 2015** | **$102,102.80** | **$1,613.79** | | | **2/26/16 D.I. 496** |
| **First Interim (MLC)** | **January 27, 2016** | **October 20, 2015 – December 31, 2015** | **$25,421.55** | **$302.72** | | | **2/26/16 D.I. 496** |
| **Fourth Monthly** | **March 4, 2016** | **January 1, 2016 – January 31, 2016** | **$75,428.00** | **$100.13** | **$60,342.40** | **$100.13** | **3/28/16 D.I. 562** |
| **Fifth Monthly** | **April 4, 2016** | **February 1, 2016 – February 29, 2016** | **$61,393.00** | **$597.76** | **$49,114.40** | **$597.76** | **4/26/16 D.I. 645** |
| **Sixth Monthly** | **May 3, 2016** | **March 1, 2016 - March 31, 2016** | **$63,716.25** | **$978.90** | **$50,973.00** | **$978.90** | **5/25/16 D.I. 725** |
| **Second Interim** | **May 16, 2016** | **February 1, 2016 – March 31, 2016** | **$200,537.25** | **$1,679.79** | | | **7/25/16 D.I. 844** |
| **Seventh Monthly** | **July 27, 2016** | **April 1, 2016 – April 30, 2016** | **$49,154.50** | **$1,221.00** | **$39,323.60** | **$1,221.00** | **8/18/16 D.I. 887** |
| **Eighth Monthly** | **August 12, 2016** | **May 1, 2016 – May 31, 2016** | **$50,519.50** | **$785.57** | **$40,415.60** | **$785.57** | **9/6/16 D.I. 919** |
| **Ninth Monthly** | **February 28, 2017** | **June 1, 2016 - June 30, 2016** | **$37,829.75** | **$944.66** | **$29,831.80** | **$944.66** | **9/22/16 D.I. 956** |
| **Third Interim** | **September 20, 2016** | **April 1, 2016 – June 30, 2016** | **$136,963.75** | **$2,951.43** | | | **10/17/16 D.I. 987** |

| | | | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| **Application** | **Date Filed** | **Period Covered** | **Fees 100%** | **Expenses** | **Fees 80%** | **Expenses** | |
| **Tenth Monthly** | **October 21, 2016** | **July 1, 2016 – July 31, 2016** | **$32,319.50** | **$118.09** | **$25,855.60** | **$118.09** | **11/15/16 D.I. 1024** |
| **Eleventh Monthly** | **October 21, 2016** | **August 1, 2016 – August 31, 2016** | **$16,905.00** | **$64.76** | **$13,524.00** | **$64.76** | **11/15/16 D.I. 1025** |
| **Twelfth Monthly** | **November 8, 2016** | **September 1, 2016 – September 30, 2016** | **$55,025.50** | **$26.75** | **$44,020.40** | **$26.75** | **12/7/16 D.I. 1037** |
| **Thirteenth Monthly** | **December 27, 2016** | **October 1 – October 31, 2016** | **$45,715.50** | **$25.00** | **$36,572.40** | **$25.00** | **1/20/17 D.I. 1091** |
| **Fourteenth Monthly** | **December 27, 2016** | **November 1, 2016 – November 30, 2016** | **$19,668.00** | **$417.12** | **$15,734.40** | **$417.12** | **1/20/17 D.I. 1092** |
| **15th Monthly** | **February 28, 2017** | **December 1, 2016 – December 31, 2016** | **$48,538.00** | **$191.01** | **$38,830.40** | **$191.01** | **2/22/17 D.I. 1124** |
| **Fifth Interim** | **February 13, 2017** | **October 1, 2016 – December 31, 2016** | **$113,921.50** | **$633.13** | | | **Pending** |
| **16th Monthly** | **March 9, 2017** | **January 1, 2017 - January 31, 2017** | **$77,000.50** | **$19.56** | **$61,600.40** | **$19.56** | **Pending** |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Nathan, Bruce S. | 1981 | Partner/Bankruptcy | 33.00 | $895.00 | $29,535.00 |
| Chafetz, Eric S. | 2004 | Counsel/Bankruptcy | 77.60 | $645.00 | $50,052.00 |
| Waldron, Keara | 2011 | Associate/Bankruptcy | 2.90 | $465.00 | $1,348.50 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.40 | $220.00 | $748.00 |
| **TOTAL FEES** | | | | | **$81,683.50** |
| | | | **Attorney Blended Rate** | **713.09** | |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF**
**FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

| Task Description | Hours | Fees |
|---|---|---|
| Meetings of and Communication with Creditors | 5.30 | $3,298.50 |
| Fee/Employment Applications | 8.10 | $4,179.50 |
| Employment and Retention Applications - Others | 3.20 | $1,962.00 |
| Fee Applications and Invoices - Others | 1.00 | $695.00 |
| Avoidance Action Analysis | 2.20 | $1,569.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 0.40 | $308.00 |
| Business Operations | 6.10 | $4,484.50 |
| Claims Administration and Objections | 4.50 | $3,302.50 |
| Plan and Disclosure Statement (including Business Plan) | 85.70 | $61,576.50 |
| Court Hearings | 0.30 | $243.50 |
| Other - Insurance Matters | 0.10 | $64.50 |
| **Total:** | **116.90** | **$81,683.50** |

**EXPENSE SUMMARY FOR THE PERIOD OF**
**FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

| Expense Category | Amount |
|---|---|
| Telecommunications | $6.47 |
| Travel | $934.78 |
| **Total Disbursements** | **$941.25** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALIBU LIGHTING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12080 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if an objection is filed**<br>**Objection Deadline: April 25, 2017 @ 4:00 p.m. (ET)** |

**SEVENTEENTH MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

TO: THE HONORABLE KEVIN GROSS,
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Federal Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the Interim Compensation Order (defined below), Lowenstein Sandler LLP ("**Lowenstein Sandler**"), as counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), appointed in the chapter 11 cases of MLC, and affiliated Debtors, the above captioned Debtors and Debtors-In-Possession (collectively, the "**Debtors**"), submits its seventeenth monthly application (the "**Application**") for allowance of compensation and reimbursement of expenses for the period of February 1, 2017 through February 28, 2017 (the "**Fee Period**"). By this Application, Lowenstein Sandler seeks a monthly allowance of compensation in the amount of $81,683.50. Lowenstein Sandler also seeks reimbursement of expenses in the amount of $941.25. Pursuant to the Interim Compensation Order, Lowenstein

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205) ("**MLC**"); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Sandler seeks payment of $66,288.05 (80% of the allowed fees plus 100% of the allowed expenses) for the Fee Period upon filing a certificate of no objection and/or resolution of any objections. In support of this Application, Lowenstein Sandler respectfully states as follows:

## BACKGROUND

1. On October 8, 2015 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

2. The Debtors continue to operate their businesses and manage their property as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases.

3. On October 20, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. [Docket No. 109].

4. On October 20, 2015, the Committee selected Lowenstein Sandler and Blank Rome LLC to serve as its co-counsel in the Chapter 11 Cases.

5. On November 4, 2015, the Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals* (the "**Interim Compensation Order**") [Docket No. 203].

6. On November 17, 2015, the Court entered the *Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of February 1, 2017* ("**Retention Order**") [Docket No. 253]. The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules, the rules of this Court, including Local Rule 2016-2, and any Order entered by this Court with respect to the compensation of professionals, including the Interim Compensation Order.

7. Through the Application, Lowenstein Sandler seeks allowance of compensation for professional services rendered for and on behalf of the Committee during the Fee Period. A detailed description of services rendered during the Fee Period to the Debtors is annexed hereto as **Exhibit "A"**. A schedule of disbursements incurred in connection with rendering legal services to the Committee during the Fee Period is annexed hereto as **Exhibit "B"**.

8. During the Fee Period, Lowenstein Sandler attended to the following: (a) extensive global settlement negotiations with representatives of J. Baxter Brinkmann and his affiliates (the "**Brinkmann Entities**"), including appraisal of the real estate collateral securing payment of the note to be issued as part of the settlement, (b) revisions to the settlement agreement with the Brinkmann Entities and Debtors' insurance carrier; (c) preparation of the Committee's motion to retain Texas real estate counsel to address the issues referenced in (a) above; (d) extensive review and comment on the Debtors' draft plan and disclosure statement and exclusivity extension motion; (e) updating the cash collateral budget and variance report; (f) various issues in connection with the investigation and disposition of preference claims; (g) review of monthly fee applications and staffing reports filed by the Debtors' professionals; (h) various issues in connection with the Home Depot claims settlement; (i) claims reconciliation and updating and refining the BDO recovery analysis in connection with the Chapter 11 plan and disclosure statement; and (j) preparation of Lowenstein Sandler's monthly and interim fee applications.

9. Lowenstein Sandler also frequently communicated with the members of the Committee and other creditors, by telephone and e-mail, to discuss various case status.

10. Lowenstein Sandler has rendered professional services as counsel to the Committee as requested and as necessary and appropriate in furtherance of the Committee's duties and functions in the Chapter 11 Cases.

11. Annexed hereto as **Exhibit "C"**, and made part hereof, is a Certification of Bruce S. Nathan, Esq. submitted pursuant to section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

12. The services rendered by Lowenstein Sandler during the Fee Period are grouped into the categories set forth in **Exhibit "A"**. The attorneys and paralegals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are listed in the attachments hereto.

## DISBURSEMENTS

13. Lowenstein Sandler incurred reasonable and necessary out-of-pocket expenses, in the sum of $941.25 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in **Exhibit "B"**. Lowenstein Sandler has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time. The disbursements are itemized in the annexed schedule. These disbursements were necessary to effectively render legal services in the Chapter 11 Cases.

14. During the course of the Chapter 11 Cases, Lowenstein Sandler has incurred and paid its actual and necessary disbursements and expenses.

## VALUATION OF SERVICES & RELIEF REQUESTED

15. Attorneys and paraprofessionals employed by Lowenstein Sandler have expended a total of 116.90 hours in connection with these Chapter 11 Cases during the Fee Period detailed below.

16. The nature of the work performed by these persons is fully set forth in the detail attached hereto as **Exhibit "A"**. The hourly rates set forth above are Lowenstein Sandler's current hourly rates for work of this nature. The reasonable value of the services rendered by Lowenstein Sandler, as counsel to the Committee, for the Fee Period is $81,683.50.

17. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given: (a) the complexity of the Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

18. This is the Lowenstein Sandler's seventeenth monthly application pursuant to the Interim Compensation Order. Lowenstein Sandler has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Chapter 11 Cases, and there is no agreement or understanding between Lowenstein Sandler and any other person, other than members of Lowenstein Sandler, for the sharing of compensation to be received for services rendered in the Chapter 11 Cases. No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

19. This Application covers the Fee Period. Lowenstein Sandler has and will continue to perform additional necessary services subsequent to February 28, 2017, for which Lowenstein Sandler will file subsequent fee applications.

**WHEREFORE**, Lowenstein Sandler respectfully requests that the Court grant the Application and allow Lowenstein Sandler's monthly fees in the amount of $81,683.50, less a twenty percent (20%) holdback in the amount of $16,336.70 for a total fee request in the amount of $65,346.80, for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in

connection with services rendered during the Fee Period in the sum of $941.25, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: April 4, 2017

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
krosen@lowenstein.com

*-and-*

Bruce S. Nathan, Esq.
Eric S. Chafetz, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
bnathan@lowenstein.com
echafetz@lowenstein.com

*-and-*

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
guilfoyle@blankrome.com

***Counsel to the Official Committee of Unsecured Creditors***