# EXHIBIT A

**EXHIBIT A**

Professional Services rendered by Lowenstein Sandler LLP, through February 28, 2017

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Nathan, Bruce S. | 1981 | Partner | 33.00 | $895.00 | $29,535.00 |
| Chafetz, Eric S. | 2004 | Counsel | 77.60 | $645.00 | $50,052.00 |
| Waldron, Keara | 2011 | Associate | 2.90 | $465.00 | $1,348.50 |
| Lawler, Elizabeth B. | N/A | Paralegal | 3.40 | $220.00 | $748.00 |
| **TOTAL FEES** | | | **116.90** | | **$81,683.50** |
| **Attorney Blended Rate** | | | | | **$713.09** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B100 - Administration | | | | | |
| B150 Meetings of and Communication with Creditors | | | | | |
| B150 | 02/02/17 | ESC | Confer with J. Cashel re: report for the committee (budget and collateral) and preferences | 0.20 | $129.00 |
| B150 | 02/13/17 | BSN | Revise email update to committee | 0.20 | 179.00 |
| B150 | 02/13/17 | ESC | Confer with K. Waldron re: committee call | 0.10 | 64.50 |
| B150 | 02/13/17 | ESC | Revise e-mail to the committee re: case updates and call issues | 0.70 | 451.50 |
| B150 | 02/13/17 | ESC | Revise e-mail to the committee re: various case updates | 0.70 | 451.50 |
| B150 | 02/14/17 | ESC | E-mail exchange with committee member re: questions regarding claims and Brinkmann negotiations | 0.10 | 64.50 |
| B150 | 02/14/17 | ESC | E-mail exchange with K. Waldron re: committee call questions | 0.10 | 64.50 |
| B150 | 02/14/17 | ESC | Phone call with committee member re: claim questions | 0.30 | 193.50 |
| B150 | 02/17/17 | ESC | Phone call with committee member re: status of plan | 0.20 | 129.00 |
| B150 | 02/21/17 | BSN | Revise e-mail update to committee | 0.20 | 179.00 |
| B150 | 02/21/17 | ESC | Further revisions to committee update | 0.40 | 258.00 |
| B150 | 02/21/17 | KW | Review recently filed pleadings and prepare email to committee regarding same | 1.50 | 697.50 |
| B150 | 02/27/17 | BSN | Revise e-mail update to committee | 0.20 | 179.00 |
| B150 | 02/27/17 | ESC | Draft e-mail to the committee re: updates and call issues | 0.40 | 258.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 5.30 | $3,298.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| B160 | 02/01/17 | EBL | Prepare exhibits to Lowenstein Sander's fifth interim fee application | 1.00 | 220.00 |
| B160 | 02/01/17 | ESC | E-mail exchange with E. Lawler re: LS's fourth interim fee application | 0.10 | 64.50 |
| B160 | 02/04/17 | ESC | Further revisoins to January 2017 fee application | 0.10 | 64.50 |
| B160 | 02/06/17 | EBL | Edits to Lowenstein's fifth interim fee application | 0.40 | 88.00 |
| B160 | 02/06/17 | ESC | Review and comment on LS's fifth interim fee application | 0.30 | 193.50 |
| B160 | 02/06/17 | ESC | Phone call with B. Lawler re: LS's fifth interim fee application | 0.10 | 64.50 |
| B160 | 02/06/17 | ESC | Begin reviewing and commenting on LS's January 2017 invoice | 0.90 | 580.50 |
| B160 | 02/07/17 | BSN | Revise Lowenstein's fiifth interim fee application | 0.50 | 447.50 |
| B160 | 02/07/17 | ESC | Continue reviewing LS's January 2017 invoice | 0.30 | 193.50 |
| B160 | 02/07/17 | ESC | Confer with L. Pami re: LS's January 2017 invoice | 0.10 | 64.50 |
| B160 | 02/08/17 | BSN | Revise Lowenstein's 5th interim fee application | 0.20 | 179.00 |
| B160 | 02/08/17 | ESC | Final review of LS's January 2017 fee applciaiton | 0.30 | 193.50 |
| B160 | 02/08/17 | ESC | Conference with B. Nathan re: fifth interim fee application | 0.10 | 64.50 |
| B160 | 02/08/17 | ESC | Confer with E. Lawler re: LS's 5th interim fee application | 0.10 | 64.50 |
| B160 | 02/08/17 | ESC | E-mail exchange with LS team re: LS's January 2017 fee application | 0.10 | 64.50 |
| B160 | 02/10/17 | EBL | Finalize fifth interim fee application (.3) and coordinate filing and service with local counsel (.1) | 0.40 | 88.00 |
| B160 | 02/10/17 | ESC | E-mail exchange with L. Pami re: revised LS January 2017 bill | 0.10 | 64.50 |
| B160 | 02/13/17 | BSN | Revise LS January 2017 monthly fee application, statement re: compliance with fee guidelines/requirements | 0.70 | 626.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 02/13/17 | ESC | E-mail exchange with local counsel re: questions regarding hearing on interim fee applications | 0.10 | 64.50 |
| B160 | 02/15/17 | ESC | Finalize LS's January 2017 invoice | 0.20 | 129.00 |
| B160 | 02/15/17 | ESC | Confer with L. Pami re: finalizing LS's January 2017 invoice | 0.10 | 64.50 |
| B160 | 02/17/17 | BSN | Review and revise Lowenstein's 16th monthly fee application, January 2017 | 0.20 | 179.00 |
| B160 | 02/17/17 | EBL | Prepare Lowenstein's January 2017 monthly fee statement and related documents | 1.60 | 352.00 |
| B160 | 02/28/17 | ESC | E-mail exchange with E. Lawler re: LS's January 2017 invoice | 0.10 | 64.50 |
| | | | **Total B160 - Fee/Employment Applications** | 8.10 | $4,179.50 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B165 | 02/01/17 | ESC | Further revisions to application to retain Strassburger & Price (Texas real estate counsel) and related documents | 0.50 | 322.50 |
| B165 | 02/01/17 | ESC | E-mail exchange with K. Waldron re: revisions to special counsel's retention application (Strassberger) | 0.10 | 64.50 |
| B165 | 02/01/17 | KW | Review and revise (multiple) retention papers for Strasburger & Price as real estate counsel to the committee | 1.40 | 651.00 |
| B165 | 02/02/17 | BSN | Review, revise retention papers, committee's special Texas real estate counsel | 0.30 | 268.50 |
| B165 | 02/06/17 | BSN | Revise retention papers, committee, Texas counsel | 0.30 | 268.50 |
| B165 | 02/07/17 | ESC | Revise Strassburger retention application (Texas real estate counsel) | 0.40 | 258.00 |
| B165 | 02/07/17 | ESC | Draft e-mail to B. Kennedy of Strassburger and & Price re: retention application | 0.10 | 64.50 |
| B165 | 02/23/17 | ESC | Email exchange with local counsel re: retention question concerning real estate counsel | 0.10 | 64.50 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 3.20 | $1,962.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 Fee Applications and Invoices - Others | | | | | |
| B175 | 02/02/17 | ESC | Review fifteenth monthly application for compensation and reimbursement of expenses of Pachulski Stang Ziehl & Jones LLP, as counsel for debtors for the period from December 1, 2016 to December 31, 2016 | 0.20 | 129.00 |
| B175 | 02/07/17 | ESC | E-mail exchange with debtors' counsel re: questions regarding interim fee | 0.10 | 64.50 |
| B175 | 02/09/17 | ESC | Review twelfth monthly application for compensation of Blank Rome LLP as Delaware co-counsel to the official committee of unsecured creditors for the period October 1, 2016 to December 31, 2016 | 0.10 | 64.50 |
| B175 | 02/12/17 | ESC | Review BDO's fifth interim fee application | 0.10 | 64.50 |
| B175 | 02/13/17 | ESC | Review updates on filing of interim fee applications | 0.10 | 64.50 |
| B175 | 02/17/17 | BSN | Review Pachulski's 5th interim fee application October 2016 - December 31, 2016 | 0.20 | 179.00 |
| B175 | 02/18/17 | ESC | Review Pachulski's fifth interim fee application | 0.20 | 129.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 1.00 | $695.00 |
| B180 Avoidance Action Analysis | | | | | |
| B180 | 02/02/17 | BSN | Follow up re: BDO's review of preference claims | 0.20 | 179.00 |
| B180 | 02/02/17 | ESC | Review BDO's updated preference request list | 0.10 | 64.50 |
| B180 | 02/03/17 | BSN | Review preference testing information provided by debtors' FA | 0.30 | 268.50 |
| B180 | 02/03/17 | ESC | Email exchange with BDO re: Malibu/ODC preferences | 0.10 | 64.50 |
| B180 | 02/04/17 | ESC | Review back up from Aurora re: ODC and Malibu preferences | 0.90 | 580.50 |
| B180 | 02/04/17 | ESC | Email exchange with BDO re: ODC and Malibu preferences | 0.10 | 64.50 |
| B180 | 02/06/17 | BSN | Review issues re: evaluation of preference claims | 0.10 | 89.50 |
| B180 | 02/13/17 | ESC | Phone call with J. Cashel re: preferences | 0.20 | 129.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B180 | 02/25/17 | ESC | Email exchange with BDO re: preference analyses | 0.10 | 64.50 |
| B180 | 02/25/17 | ESC | Email exchange with debtors' counsel re: preference analysis | 0.10 | 64.50 |
| | | | **Total B180 - Avoidance Action Analysis** | 2.20 | $1,569.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B190 | 02/15/17 | BSN | Exchange several e-mails with J. Pomerantz re: article re: Shanghai Hailian's lawsuit against Home Depot; review article re: same | 0.20 | 179.00 |
| B190 | 02/15/17 | ESC | Review article on HD lawsuit with Shanghai Haolin provided by debtors' counsel | 0.20 | 129.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 0.40 | $308.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 02/03/17 | BSN | Review draft of BDO's flash report re: global settlement and withdraw budget for period 2/3 - 4/29 | 0.30 | 268.50 |
| B210 | 02/04/17 | ESC | Review and comment of BDO flash report for the committee dated 2/6/17 | 0.60 | 387.00 |
| B210 | 02/04/17 | ESC | Draft e-mail to BDO team re: comments to BDO flash report for the committee dated 2/6/17 | 0.10 | 64.50 |
| B210 | 02/04/17 | ESC | E-mail with B. Nathan re: comments to BDO flash report for the committee dated 2/6/17 | 0.10 | 64.50 |
| B210 | 02/06/17 | BSN | Review revised cash collateral budget and suggested additional changes to same | 0.40 | 358.00 |
| B210 | 02/06/17 | BSN | Review budget and questions re: same with E. Chafetz | 0.10 | 89.50 |
| B210 | 02/06/17 | ESC | Confer with B. Nathan re: comments to BDO's 2/6/17 flash report | 0.20 | 129.00 |
| B210 | 02/06/17 | ESC | Further revisions to BDO's 2/6/17 report | 0.10 | 64.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 02/06/17 | ESC | Draft e-mail to BDO re: revisions to BDO's 2/6/17 report | 0.10 | 64.50 |
| B210 | 02/06/17 | ESC | Draft e-mail to B. Nathan re: mark up of BDO's 2/6/17 report to the commitee | 0.10 | 64.50 |
| B210 | 02/07/17 | ESC | E-mail exchange with B. Nathan re: questions regarding BDO's 2/6/17 report | 0.10 | 64.50 |
| B210 | 02/07/17 | ESC | Phone call with BDO re: comments to flash report dated 2/6/17 | 0.50 | 322.50 |
| B210 | 02/08/17 | ESC | Further revisions to BDO's report for the committee dated 2/7/17 | 0.60 | 387.00 |
| B210 | 02/09/17 | BSN | Review revised BDO report to committee re: global settlement section | 0.20 | 179.00 |
| B210 | 02/09/17 | BSN | Review updated variance report memo and questions re: same | 0.20 | 179.00 |
| B210 | 02/09/17 | ESC | Review update on budget and variance report | 0.10 | 64.50 |
| B210 | 02/09/17 | ESC | E-mail exchange with BDO re: revised report to the committee | 0.10 | 64.50 |
| B210 | 02/10/17 | BSN | Review and revise BDO report to committee | 0.40 | 358.00 |
| B210 | 02/10/17 | ESC | Further revisions to BDO's report to the committee | 0.30 | 193.50 |
| B210 | 02/10/17 | ESC | Confer with BDO re: additional comments to report for the committee | 0.10 | 64.50 |
| B210 | 02/12/17 | ESC | Review update on variance reports | 0.10 | 64.50 |
| B210 | 02/13/17 | BSN | Review revised BDO flash report dated 2/10/17 to committee - .2 hrs., and exchange several e-mails with D. Berliner and J. Cashel re: same - .1 hr. | 0.30 | 268.50 |
| B210 | 02/17/17 | ESC | Review cash flow budget variance report for the week ended 2/10/17 | 0.10 | 64.50 |
| B210 | 02/17/17 | ESC | E-mail exchange with debtors' counsel re: questions regarding medical reserve (budget) | 0.10 | 64.50 |
| B210 | 02/20/17 | BSN | Exchange several e-mails with L. Kendall and J. Cashel re: ODC weekly variance report, week ended 2/101/17 - .1 hrs. and review questions re: same - .1 hr | 0.30 | 268.50 |
| B210 | 02/20/17 | ESC | Phone call with B. Nathan re: budget issues | 0.10 | 64.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 02/20/17 | ESC | Phone call with BDO re: estate cash position | 0.30 | 193.50 |
| B210 | 02/20/17 | ESC | Review updated cash flow analysis | 0.10 | 64.50 |
| | | | **Total B210 - Business Operations** | 6.10 | $4,484.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 02/05/17 | ESC | Email exchange with debtors' counsel re: status of meeting with Home Depot re: claim dispute | 0.10 | 64.50 |
| B310 | 02/09/17 | BSN | Review COC re: administrative claims bar date | 0.10 | 89.50 |
| B310 | 02/09/17 | BSN | Review COC re: debtors' 3rd omnibus objection to claims | 0.10 | 89.50 |
| B310 | 02/09/17 | ESC | Review certification of counsel regarding revised order (I) fixing a deadline for filing requests for allowance of administrative expense claims and (II) designating a form and manner of notice thereof | 0.10 | 64.50 |
| B310 | 02/09/17 | ESC | Review certification of counsel regarding debtors' amended third omnibus objection (substantive) to claims pursuant to section 502(b) of the bankruptcy code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 | 0.10 | 64.50 |
| B310 | 02/10/17 | ESC | Draft e-mail to LS and BDO teams re: update on claims reconciliation (.4); phone call with counsel for committee member re: status of negotiation of claim amount (.2) | 0.60 | 387.00 |
| B310 | 02/10/17 | ESC | Confer with D. Van Grouw re: background regarding Home Depot claim and potential meeting with counsel | 0.10 | 64.50 |
| B310 | 02/13/17 | BSN | Exchange e-mails with M. Edelschick re: settlement re: West Marine claim - .1 hr., review file re: claim - .1 hr. | 0.20 | 179.00 |
| B310 | 02/13/17 | BSN | Exchange e-mails with J. Pomerantz re: Home Depot claim settlement meeting | 0.10 | 89.50 |
| B310 | 02/13/17 | ESC | E-mail exchange with debtors' counsel re: meeting with Home Depot and West Marine claim negotiations | 0.20 | 129.00 |
| B310 | 02/13/17 | ESC | Draft e-mail to BDO re: West Marine claim reconcillation | 0.10 | 64.50 |
| B310 | 02/14/17 | BSN | Review order approving administrative claims bar date | 0.10 | 89.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 02/14/17 | ESC | Review entered order (i) fixing a deadline for filing requests for allowance of administrative expense claims and (ii) designating a form and manner of notice thereof | 0.10 | 64.50 |
| B310 | 02/15/17 | BSN | Review notice of administrative claims bar date | 0.20 | 179.00 |
| B310 | 02/15/17 | ESC | E-mail exchange with debtors' counsel re: Home Depot claim issues | 0.10 | 64.50 |
| B310 | 02/15/17 | ESC | Review notice of administrative claims bar date | 0.10 | 64.50 |
| B310 | 02/16/17 | ESC | Email exchange with debtors' counsel re: questions regarding Home Depot / Shanghai dispute | 0.10 | 64.50 |
| B310 | 02/16/17 | ESC | Email exchange with J. Cashel re: administrative claims bar date | 0.10 | 64.50 |
| B310 | 02/21/17 | BSN | Exchange e-mails with J. Cashel re: priority tax claims and claims against Q-Bean and Smoke N Pit | 0.20 | 179.00 |
| B310 | 02/21/17 | BSN | Review publication notice re: administrative claims bar date | 0.10 | 89.50 |
| B310 | 02/21/17 | ESC | Review affidavit of publication of the notice of deadline for filing of administrative expense claims in USA Today (National Edition) | 0.10 | 64.50 |
| B310 | 02/23/17 | BSN | Exchange e-mails with J. Pomerantz re: meeting with Home Depot, claim settlement discussions | 0.10 | 89.50 |
| B310 | 02/23/17 | ESC | Phone call and email with debtors' counsel re: claim issues (Home Depot, etc.) | 0.10 | 64.50 |
| B310 | 02/23/17 | ESC | Draft email to debtors' counsel re: claims reconciliation | 0.10 | 64.50 |
| B310 | 02/24/17 | BSN | Preparation for settlement meeting, Home Depot claim | 0.20 | 179.00 |
| B310 | 02/24/17 | ESC | Email exchange with debtors' counsel re: Home Depot claim issues | 0.20 | 129.00 |
| B310 | 02/25/17 | ESC | E-mail exchange with debtors' counsel re: Home Depot claim dispute | 0.10 | 64.50 |
| B310 | 02/26/17 | ESC | E-mail exchange with debtors' counsel re: Home Depot issues | 0.10 | 64.50 |
| B310 | 02/26/17 | ESC | Email exchange with debtors' counsel re: CCC general liability settlement offer | 0.10 | 64.50 |
| B310 | 02/27/17 | BSN | Review strategy, preparation for settlement meeting with Home Depot | 0.10 | 89.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 02/27/17 | ESC | Confer with B. Nathan re: Home Depot meeting and committee call | 0.10 | 64.50 |
| B310 | 02/27/17 | ESC | Confer with J. Pomerantz re: Home Depot meeting | 0.20 | 129.00 |
| B310 | 02/28/17 | BSN | Update re: backup re: debtors' objection to Home Depot's claims | 0.10 | 89.50 |
| | | | **Total B310 - Claims Administration and Objections** | 4.50 | $3,302.50 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/01/17 | BSN | Attend call with D. Berliner re: retention of appraiser re: Brinkmann collateral | 0.30 | 268.50 |
| B320 | 02/01/17 | BSN | Exchange e-mails with D. Berliner and J. Cashel re: call on appraiser questions | 0.20 | 179.00 |
| B320 | 02/01/17 | ESC | Confer with LS and BDO teams re: Brinkmann collateral | 0.20 | 129.00 |
| B320 | 02/01/17 | ESC | Confer with local Texas real estate counsel re: status of review of documents (note, deeds of trust, settlement agreement) | 0.10 | 64.50 |
| B320 | 02/01/17 | ESC | Phone call with B. Nathan and BDO team re: Brinkmann settlement issues and preferences | 0.50 | 322.50 |
| B320 | 02/02/17 | BSN | Exchange e-mails with M. Fayhee re: BDO's hiring of appraiser and Brinkmann's approval of same and review follow up e-mail to J. Pomerantz re: same | 0.20 | 179.00 |
| B320 | 02/02/17 | BSN | Exchange e-mails with D. Berliner re: appraiser engagement (Brinkmann collateral) | 0.10 | 89.50 |
| B320 | 02/02/17 | ESC | Phone call with appraiser (C. Dannis) re: agreement to utiilize services and next steps (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/02/17 | ESC | Draft email to Brinkmann's professionals and debtors' counsel re: real estate counsel, appraiser and plan and disclosure statement | 0.50 | 322.50 |
| B320 | 02/02/17 | ESC | Draft email to local real estate counsel re: revised settlement agreement and note | 0.10 | 64.50 |
| B320 | 02/03/17 | BSN | Exchange e-mails with W. Usatine re: timing of circulation of draft plan | 0.10 | 89.50 |
| B320 | 02/03/17 | BSN | Exchange e-mails with appraiser re: appraisal of proposed Brinkmann collateral | 0.10 | 89.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/03/17 | ESC | Multiple emails with BDO team and appraiser re: Brinkmann collateral | 0.10 | 64.50 |
| B320 | 02/03/17 | ESC | Phone call with B. Nathan re: questions regarding Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/03/17 | ESC | Phone call with local real estate counsel re: status of review of documents (Brinkmann negotiations) | 0.20 | 129.00 |
| B320 | 02/03/17 | ESC | Draft e-mail to debtors' counsel and Brinkmann's professionals re: plan | 0.10 | 64.50 |
| B320 | 02/03/17 | ESC | E-mail exchange with appraiser re: status of and timing of appraisal (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/05/17 | ESC | E-mail exchange with Texas real estate counsel re: status of review of note, deeds of trust and settlement agreement (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/06/17 | BSN | Review Texas counsel's changes to Brinkmann note and questions re: same and further revise note | 0.60 | 537.00 |
| B320 | 02/06/17 | BSN | Revise revised settlement agreement with Brinkmann | 0.50 | 447.50 |
| B320 | 02/06/17 | BSN | Review changes to Brinkmann settlement agreement with E. Chafetz | 0.10 | 89.50 |
| B320 | 02/06/17 | BSN | Update re: status of appraisal re: Brinkmann real estate collateral | 0.10 | 89.50 |
| B320 | 02/06/17 | ESC | Review detailed response from TX real estate counsel re: note, deeds of trust and settlement agreement (Brinkmann) | 0.30 | 193.50 |
| B320 | 02/06/17 | ESC | Review Texas real estate counsel's mark up of the Brinkmann note | 0.20 | 129.00 |
| B320 | 02/06/17 | ESC | Confer with B. Nathan re: comments to the settlement agreement with Brinkmann | 0.20 | 129.00 |
| B320 | 02/07/17 | BSN | Review Texas counsel's e-mail re: lien, encumbrance search information on proposed Brinkmann pledged collateral and deeds of trust re: same re: diligence, proposed collateral, Brinkmann | 0.30 | 268.50 |
| B320 | 02/07/17 | BSN | Exchange several e-mails with C. Dennis, appraiser re: appraisal status | 0.20 | 179.00 |
| B320 | 02/07/17 | BSN | Review, further revise Brinkmann note | 0.30 | 268.50 |
| B320 | 02/07/17 | ESC | Prepare for (.1) and phone call with Texas real estate counsel re: various comments to deeds of trust and note (Brinkmann negotations) (.3) | 0.50 | 322.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/07/17 | ESC | Revise settlement agreement with Brinkmann and the insurance company to incorporate additional comments | 0.40 | 258.00 |
| B320 | 02/07/17 | ESC | E-mail exchange with appraiser re: status of appraisal (Brinkmann Collateral) | 0.10 | 64.50 |
| B320 | 02/07/17 | ESC | Draft e-mail to LS and BDO teams re: revised Brinkmann settlement agreement and other settlement issues | 0.20 | 129.00 |
| B320 | 02/07/17 | ESC | Confer with B. Nathan re: Brinkmann note and settlement agreement and retention agreement for Texas real estate attorney for committee | 0.30 | 193.50 |
| B320 | 02/08/17 | BSN | Review options re: lien search on proposed Brinkmann collateral and decision re: same | 0.20 | 179.00 |
| B320 | 02/08/17 | BSN | Review appraisal of proposed Brinkmann collateral | 0.80 | 716.00 |
| B320 | 02/08/17 | BSN | Exchange e-mails with D. Berliner re: call on appraisal (Brinkmann) | 0.10 | 89.50 |
| B320 | 02/08/17 | ESC | Phone call with BDO re: questions regarding collateral value (Brinkmann) | 0.20 | 129.00 |
| B320 | 02/08/17 | ESC | Confer with Texas real estate counsel re: title issues (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/08/17 | ESC | Conference with B. Nathan re: warranty deed issues (Brinkmann collaterral) | 0.10 | 64.50 |
| B320 | 02/08/17 | ESC | Confer with B. Nathan re: appraisal (Brinkmann) and related title issues | 0.30 | 193.50 |
| B320 | 02/08/17 | ESC | Review documentation showing Brinkmann has title to the properties being pledged to secure the note | 0.30 | 193.50 |
| B320 | 02/08/17 | ESC | Review appraisal of Brinkmann collateral | 1.40 | 903.00 |
| B320 | 02/08/17 | ESC | Draft e-mail to Texas real estate attorney re: appraisal (Brinkmann properties) re: settlement negotiations | 0.10 | 64.50 |
| B320 | 02/08/17 | ESC | Draft e-mail to BDO re: appraisal (Brinkmann properties) re: settlement negotiations | 0.10 | 64.50 |
| B320 | 02/08/17 | ESC | E-mail exchange with Texas real estate attorney re: title questions (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/08/17 | ESC | E-mail exchange with B. Nathan re: appraisal (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/09/17 | BSN | Attend call with D. Berliner and J. Cashel re: appraisal of proposed Brinkmann pledged properties and response to same; settlement strategy | 0.40 | 358.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/09/17 | BSN | Exchange e-mails with B. Kennedy, Texas counsel re: foreclosure timing, costs re: Brinkmann collateral and negotiations re: same - .1 hr.; review with E. Chafetz - .1 hr. | 0.20 | 179.00 |
| B320 | 02/09/17 | BSN | Exchange e-mails with D. Berliner and J. Cashel re: call on appraisal of Brinkmann collateral | 0.10 | 89.50 |
| B320 | 02/09/17 | BSN | Additional review of appraisal of Brinkmann's pledged collateral - .2 hrs., and review with E. Chafetz - .1 hr. | 0.30 | 268.50 |
| B320 | 02/09/17 | ESC | Phone call with B. Nathan re: Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/09/17 | ESC | Phone call with B. Nathan and BDO team re: Brinkmann negotiations | 0.40 | 258.00 |
| B320 | 02/09/17 | ESC | Revise Brinkmann note to include additional comments | 0.30 | 193.50 |
| B320 | 02/09/17 | ESC | Draft e-mail to Texas real estate counsel re: status of deeds of trust (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/09/17 | ESC | E-mail exchange with LS and BDO teams re: call to discuss Brinkmann settlement strategy | 0.10 | 64.50 |
| B320 | 02/10/17 | BSN | Review summarized table of note claim components re: evaluating Brinkmann collateral and review file re: same | 0.30 | 268.50 |
| B320 | 02/10/17 | BSN | Review update re: status of plan draft and claim reconciliation | 0.20 | 179.00 |
| B320 | 02/10/17 | ESC | E-mail exchange with counsel for J. Baxter Brinkmann re: plan status | 0.10 | 64.50 |
| B320 | 02/10/17 | ESC | Review BDO's analysis of forelosure costs (Brinkmann) | 0.10 | 64.50 |
| B320 | 02/10/17 | ESC | Phone call with B. Nathan re: foreclosure information, claims and plan / disclosure | 0.20 | 129.00 |
| B320 | 02/10/17 | ESC | Revise note and settlement agreement (Brinkmann) | 0.20 | 129.00 |
| B320 | 02/10/17 | ESC | Phone call with B. Nathan re: Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/10/17 | ESC | Draft e-mail to BDO re: analysis of interest and fees associated with Brinkmann note | 0.20 | 129.00 |
| B320 | 02/10/17 | ESC | E-mail exchange with appraiser re: Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/13/17 | BSN | Review revised settlement agreement and note drafts for transmittal to Brinkmann's' counsel | 0.40 | 358.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/13/17 | ESC | Further revisions to settlement agreement and note (Brinkmann) | 0.30 | 193.50 |
| B320 | 02/13/17 | ESC | Confer with B. Nathan re: re: status of Brinkmann negotiations, BDO report, committee call, and LS's January 2017 invoice | 0.20 | 129.00 |
| B320 | 02/13/17 | ESC | E-mail exchange with Texas real estate counsel re: status of review of deeds of trust (Brinkmann collateral) | 0.20 | 129.00 |
| B320 | 02/14/17 | BSN | Exchange e-mails with M. Fayhee, M. Werner and J. Pomerantz re: call on settlement discussions, and settlement documents | 0.20 | 179.00 |
| B320 | 02/14/17 | ESC | Multple e-mails with Brinkmann's and Debtors' rcounsel re: continued settlement negotiations | 0.20 | 129.00 |
| B320 | 02/15/17 | ESC | Phone call with B. Nathan re: status of Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/15/17 | ESC | Draft e-mail to TX real estate counsel re: status of deeds of trust (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/15/17 | ESC | Phone call with B. Nathan re: status of Brinkmann negotiations | 0.20 | 129.00 |
| B320 | 02/16/17 | BSN | Preliminary review of plan and disclosure statement drafts | 0.50 | 447.50 |
| B320 | 02/16/17 | ESC | Begin reviewing and commenting on deed of trust (Brinkmann) | 0.80 | 516.00 |
| B320 | 02/16/17 | ESC | E-mail exchange with Brinkmann's counsel re: status of the plan/ disclosure statement | 0.10 | 64.50 |
| B320 | 02/16/17 | ESC | Email exchange with Texas real estate counsel re: deeds of trust (Brinkmann) | 0.10 | 64.50 |
| B320 | 02/17/17 | BSN | Review debtor's 5th motion to extend plan exclusivity period | 0.30 | 268.50 |
| B320 | 02/17/17 | BSN | Exchange e-mails with W. Usatine re: note changes | 0.10 | 89.50 |
| B320 | 02/17/17 | BSN | Attend call with M. Fayhee, W. Usatine and J. Pomerantz re: Brinkmann settlement discussions | 0.50 | 447.50 |
| B320 | 02/17/17 | BSN | Review updated settlement agreement, note drafts, BDO analysis re: interest and other payments re: collateral deficiency in preparation for settlement call (Brinkmann) | 0.80 | 716.00 |
| B320 | 02/17/17 | BSN | Telephone call with D. Berliner re: settlement discussions (Brinkmann) | 0.30 | 268.50 |
| B320 | 02/17/17 | BSN | Review, comments to revised deed of trust (Brinkmann) - .4 hrs., and review E. Chafetz's comments to same- .3 hrs. | 0.60 | 537.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/17/17 | BSN | Preliminary review of draft plan and disclosure statement | 0.70 | 626.50 |
| B320 | 02/17/17 | ESC | Phone call with B. Kennedy re: deeds of trust (Brinkmann collateral) and retention application | 0.30 | 193.50 |
| B320 | 02/17/17 | ESC | Review revised version of settlement agreement with Brinkmann's comments | 0.20 | 129.00 |
| B320 | 02/17/17 | ESC | Review revised version of note with Brinkmann's comments | 0.20 | 129.00 |
| B320 | 02/17/17 | ESC | E-mail exchange with debtors' counsel re: plan and disclosure statement | 0.10 | 64.50 |
| B320 | 02/17/17 | ESC | Further review and comment on deeds of trust (Brinkmann collateral) | 0.80 | 516.00 |
| B320 | 02/17/17 | ESC | E-mail exchange with W. Usatine re: questions concerning Brinkmann note | 0.10 | 64.50 |
| B320 | 02/17/17 | ESC | Phone call with B. Nathan re: strategy concerning Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/17/17 | ESC | Begin reviewing and commenting on draft disclosure statement | 2.40 | 1,548.00 |
| B320 | 02/17/17 | ESC | E-mail exchange with BDO re: plan and disclosure statement | 0.10 | 64.50 |
| B320 | 02/17/17 | ESC | Further revisions to Brinkmann deeds of trust (.2) and e-mail with Texas real estate counsel re: same (.1); e-mail to BDO re: plan and disclosure statement (.1) | 0.40 | 258.00 |
| B320 | 02/17/17 | ESC | Prepare for (.2) and phone call with J. Baxter Brinkmann's representatives re: settlement negotiations (.5) | 0.70 | 451.50 |
| B320 | 02/17/17 | ESC | Prepare for (.2) and phone call with BDO re: Brinkmann note issues (.3) | 0.50 | 322.50 |
| B320 | 02/17/17 | ESC | Phone call with B. Nathan re: deeds of trust (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/17/17 | ESC | E-mail exchange with debtors' counsel re: exclusivity motion extension | 0.10 | 64.50 |
| B320 | 02/18/17 | ESC | Continue reviewing and commenting on draft disclosure statement | 3.80 | 2,451.00 |
| B320 | 02/18/17 | ESC | Begin reviewing and commenting on draft plan of liquidation | 1.30 | 838.50 |
| B320 | 02/18/17 | ESC | Review debtors' exclusivity extension motion | 0.20 | 129.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/19/17 | BSN | Review, comments, revisions to plan draft | 1.30 | 1,163.50 |
| B320 | 02/19/17 | ESC | Continue reviewing and commenting on plan of liquidation | 2.80 | 1,806.00 |
| B320 | 02/19/17 | ESC | Confer with B. Nathan re: draft plan and disclosure statement | 0.10 | 64.50 |
| B320 | 02/20/17 | BSN | Review and revise disclosure statement and additional revisions to plan; review Brinkmann note re: same | 1.50 | 1,342.50 |
| B320 | 02/20/17 | BSN | Revise plan draft with E. Chafetz | 0.20 | 179.00 |
| B320 | 02/20/17 | BSN | Exchange e-mails with J. Cashel and L. Kendall re: professional fee account balance re: Brinkmann negotiations | 0.10 | 89.50 |
| B320 | 02/20/17 | BSN | Review BDO's schedule of interest due under Brinkmann note and questions re: same | 0.20 | 179.00 |
| B320 | 02/20/17 | ESC | Draft email to BDO team re: analysis of amended Brinkmann note terms | 0.10 | 64.50 |
| B320 | 02/20/17 | ESC | Review BDO's updated interest calculation (Brinkmann note) | 0.20 | 129.00 |
| B320 | 02/20/17 | ESC | Phone call with J. Cashel re: interest calculation (Brinkmann note) | 0.20 | 129.00 |
| B320 | 02/20/17 | ESC | Phone call with B. Nathan re: plan comments | 0.20 | 129.00 |
| B320 | 02/21/17 | BSN | Revise plan and disclosure statement with E. Chafetz | 1.00 | 895.00 |
| B320 | 02/21/17 | BSN | Revise Brinkmann note | 0.20 | 179.00 |
| B320 | 02/21/17 | BSN | Exchange e-mails with J. Cashel and D. Berliner re: call on plan, disclosure statement | 0.10 | 89.50 |
| B320 | 02/21/17 | BSN | Review final settlement of open issues with Brinkmann and exchange e-mails with J. Cashel and D. Berliner re: same | 0.20 | 179.00 |
| B320 | 02/21/17 | BSN | Review questions re: Brinkmann note | 0.10 | 89.50 |
| B320 | 02/21/17 | BSN | Exchange e-mails with J. Fried re: professional fee reserve re: plan | 0.10 | 89.50 |
| B320 | 02/21/17 | BSN | Exchange e-mails with J. Cashel re: intercompany claim issues (plan treatment) | 0.10 | 89.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/21/17 | ESC | E-mail exchange with B. Nathan re: draft liquidating plan and disclosure statement | 0.10 | 64.50 |
| B320 | 02/21/17 | ESC | Draft e-mail to Texas real estate counsel re: deeds of trust (Brinkmann) | 0.10 | 64.50 |
| B320 | 02/21/17 | ESC | Phone call with B. Nathan re: budget issues and plan/disclosure statement | 0.20 | 129.00 |
| B320 | 02/21/17 | ESC | Further revisions to liquidating plan | 6.10 | 3,934.50 |
| B320 | 02/21/17 | ESC | Phone call with counsel with J. Baxter Brinkmann re: global settlement negotiations | 0.20 | 129.00 |
| B320 | 02/21/17 | ESC | Draft e-mail to LS and BDO teams re: recap of phone call with counsel with J. Baxter Brinkmann re: global settlement negotiations | 0.30 | 193.50 |
| B320 | 02/21/17 | ESC | Phone call with B. Nathan re: comments to plan and disclosure statement | 1.00 | 645.00 |
| B320 | 02/21/17 | ESC | E-mail exchange with B. Kennedy re: revised deeds of trust | 0.10 | 64.50 |
| B320 | 02/21/17 | ESC | Review revised deeds of trust (Brinkmann) | 0.30 | 193.50 |
| B320 | 02/21/17 | ESC | Review update on professional fee escrow balance (plan) | 0.10 | 64.50 |
| B320 | 02/21/17 | ESC | Further revisions to disclosure statement | 2.20 | 1,419.00 |
| B320 | 02/22/17 | BSN | Attend call with D. Berliner, J. Cashel re: revisions to plan and disclosure statement | 0.90 | 805.50 |
| B320 | 02/22/17 | BSN | Review changes to plan and disclosure statement in preparation for call with BDO | 0.20 | 179.00 |
| B320 | 02/22/17 | BSN | Review D. Berliner's comments to draft plan and disclosure statement and review same | 0.40 | 358.00 |
| B320 | 02/22/17 | BSN | Review revised note, deeds of trust (Brinkmann collateral) | 0.50 | 447.50 |
| B320 | 02/22/17 | BSN | Review draft partial sub con language for plan | 0.20 | 179.00 |
| B320 | 02/22/17 | ESC | Email exchange with B. Nathan and BDO team re: Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/22/17 | ESC | Review and comment on further revised version of Brinkmann note | 0.20 | 129.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/22/17 | ESC | Prepare for (.2) and phone call with B. Nathan and BDO team re: settlement negotiations with Brinkmann and plan / disclosure statement (.9) | 1.10 | 709.50 |
| B320 | 02/22/17 | ESC | Further revisions to liquidating plan | 1.20 | 774.00 |
| B320 | 02/22/17 | ESC | Review Furniture Brands' disclosure statement to address partial substantive consolidation in liquidating plan | 0.60 | 387.00 |
| B320 | 02/22/17 | ESC | E-mails with Texas real estate counsel re: deeds of trust and note (Brinkmann negotiations) | 0.10 | 64.50 |
| B320 | 02/22/17 | ESC | Further revisions to plan of liquidation | 0.70 | 451.50 |
| B320 | 02/22/17 | ESC | Revise plan to include BDO's comments | 0.20 | 129.00 |
| B320 | 02/22/17 | ESC | Phone call with Texas real estate counsel re: deeds of trust and retention issues (Brinkmann collateral) | 0.10 | 64.50 |
| B320 | 02/23/17 | BSN | Preliminary review of revised plan draft | 0.30 | 268.50 |
| B320 | 02/23/17 | BSN | Exchange e-mails with M. Fayhee re: plan changes | 0.10 | 89.50 |
| B320 | 02/23/17 | BSN | Review Furniture Brands plan, disclosure statement re: revisions to plan, disclosure statement, classification matters | 0.50 | 447.50 |
| B320 | 02/23/17 | ESC | Further revisions to liquidating plan | 4.90 | 3,160.50 |
| B320 | 02/23/17 | ESC | Review revised version of Brinkmann note | 0.20 | 129.00 |
| B320 | 02/23/17 | ESC | Review revised version of Brinkmann deeds of trust | 0.20 | 129.00 |
| B320 | 02/23/17 | ESC | Draft email to counsel for J. Baxter Brinkmann re: revised collateral package and note terms | 0.10 | 64.50 |
| B320 | 02/23/17 | ESC | Phone call and emails with J. Cashel re: questions regarding comments to disclosure statement and plan | 0.40 | 258.00 |
| B320 | 02/23/17 | ESC | Phone call with D. Berliner re: treatment of intercompany claims in plan and substantive consolidation | 0.30 | 193.50 |
| B320 | 02/24/17 | BSN | Review revised settlement agreement, Brinkmann, CCC settlement and comments to same | 0.60 | 537.00 |
| B320 | 02/24/17 | BSN | Review revised plan draft with changes by committee professionals and further revise same and review BDO's comments to same | 1.80 | 1,611.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/24/17 | ESC | Further revisions to Brinkmann settlement agreement | 0.90 | 580.50 |
| B320 | 02/24/17 | ESC | Phone call with debtors' counsel re: various open issues (Brinkmann and IP sales) | 0.30 | 193.50 |
| B320 | 02/25/17 | ESC | Draft e-mail to BDO re: title search costs re: Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/25/17 | ESC | Draft e-mail to Texas real estate counsel re: costs for title searches (Brinkmann negotiations) | 0.10 | 64.50 |
| B320 | 02/26/17 | ESC | E-mail exchange with BDO re: Brinkmann negotiations | 0.10 | 64.50 |
| B320 | 02/27/17 | BSN | Revise plan, settlement agreement, Brinkmann note with E. Chafetz | 0.80 | 716.00 |
| B320 | 02/27/17 | BSN | Additional review of and revisions to plan, settlement agreement, note drafts and comments to same | 1.00 | 895.00 |
| B320 | 02/27/17 | BSN | Exchange e-mails with J. Cashel re: call on plan, disclosure statement | 0.10 | 89.50 |
| B320 | 02/27/17 | ESC | Revise disclosure statement to address substantive consolidation issue | 2.60 | 1,677.00 |
| B320 | 02/27/17 | ESC | Phone call with BDO re: plan and disclosure statement | 0.10 | 64.50 |
| B320 | 02/27/17 | ESC | Confer with BDO re: plan and disclousre statement | 0.10 | 64.50 |
| B320 | 02/27/17 | ESC | Confer with B. Nathan re: revision to Brinkmann settlement documents and plan disclosure statement | 0.80 | 516.00 |
| B320 | 02/28/17 | BSN | Attend call with D. Berliner, J. Cashel re: changes to plan, disclosure statement | 1.00 | 895.00 |
| B320 | 02/28/17 | BSN | Review revised plan, settlement agreement and note and further revised draft plan and Furniture Brands plan and disclosure statement re: same | 1.50 | 1,342.50 |
| B320 | 02/28/17 | BSN | Exchange e-mails with J. Cashel re: call on plan | 0.10 | 89.50 |
| B320 | 02/28/17 | ESC | Further revision to the Brinkmann note | 0.20 | 129.00 |
| B320 | 02/28/17 | ESC | Further revisions to Brinkmann settlement agreement | 0.70 | 451.50 |
| B320 | 02/28/17 | ESC | Prepare for (.2) and phone call with BDO and B. Nathan re: plan / dislcosure statement issues (1.0) | 1.20 | 774.00 |
| B320 | 02/28/17 | ESC | Further revise plan to address treatment of intercompany claims | 2.40 | 1,548.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 02/28/17 | ESC | Further revisions to substantive conslidation discussion for disclosure statement | 0.90 | 580.50 |
| B320 | 02/28/17 | ESC | E-mail exchange with BDO team and B. Nathan re: call to discuss plan and other issues | 0.10 | 64.50 |
| B320 | 02/28/17 | ESC | Review e-mail from BDO to debtors' counsel re: questions regarding inter company claims for plan | 0.10 | 64.50 |
| B320 | 02/28/17 | ESC | Further revisions to plan | 2.00 | 1,290.00 |
| B320 | 02/28/17 | ESC | Phone call with C. Loeber re: Brinkmann settlement negotiations | 0.20 | 129.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 85.70 | $61,576.50 |

B400 - Bankruptcy-Related Advice

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B430A | 02/01/17 | BSN | Review notice of hearing on debtor's amended 3rd omnibus objection to claims | 0.10 | 89.50 |
| B430A | 02/01/17 | ESC | Review notice of hearing on amended debtors' third omnibus objection (substantive) to claims pursuant to section 502(b) of the bankruptcy code, bankruptcy rules 3003 and 3007 and Local Rule 3007-1 | 0.10 | 64.50 |
| B430A | 02/16/17 | BSN | Review order scheduling omnibus hearings | 0.10 | 89.50 |
| | | | **Total B430A - Court Hearings** | 0.30 | $243.50 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B460 | 02/28/17 | ESC | E-mail exchange with C. Loeber re: insurance company release questions (Brinkmann negotiations) | 0.10 | 64.50 |
| | | | **Total B460 - Other - Insurance Matters** | 0.10 | $64.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B150 | Meetings of and Communication with Creditors | 5.30 | $3,298.50 |
| B160 | Fee/Employment Applications | 8.10 | $4,179.50 |
| B165 | Employment and Retention Applications - Others | 3.20 | $1,962.00 |
| B175 | Fee Applications and Invoices - Others | 1.00 | $695.00 |
| B180 | Avoidance Action Analysis | 2.20 | $1,569.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.40 | $308.00 |
| B210 | Business Operations | 6.10 | $4,484.50 |
| B310 | Claims Administration and Objections | 4.50 | $3,302.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 85.70 | $61,576.50 |
| B430A | Court Hearings | 0.30 | $243.50 |
| B460 | Other - Insurance Matters | 0.10 | $64.50 |
| | **Total** | **116.90** | **$ 81,683.50** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.