# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---|
| Telecommunications | $6.47 |
| Travel | $934.78 |
| **Total Disbursements** | **$941.25** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 01/11/17 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 22955558 DATE: 1/31/2017 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | $5.62 |
| 01/11/17 | Long distance telephone - External VENDOR: Premiere Global Services INVOICE#: 22955558 DATE: 1/31/2017 GlobalMeetÂ® Audio NA - Toll Free - USA | 0.85 |
| 02/27/17 | Travel - Airfare VENDOR: American Express/Trv. INVOICE#: 022817-1 DATE: 2/28/2017 Ticket #: 7950039862; Route: EWR ATL EWR; Date: 03/07/2017; LTS #: 219330 re: meeting on Home Depot claim | 810.40 |
| 02/27/17 | Travel - Airfare VENDOR: American Express/Trv. INVOICE#: 022817-1 DATE: 2/28/2017 Ticket #: 0701306414; Route: ; Date: ; LTS #: 219330 re: meeting on Home Depot claim | 39.00 |
| 01/09/17 | Local Travel VENDOR: Nathan, Bruce S. INVOICE#: 1656620203010201 DATE: 2/28/2017 ; 01/09/17; Taxi/Car Service; FROM: Grand Central; TO: NYO; Worked on file | 7.56 |
| 01/11/17 | Local Travel VENDOR: Nathan, Bruce S. INVOICE#: 1656620203010201 DATE: 2/28/2017 ; 01/11/17; Taxi/Car Service; FROM: NYO; TO: Grand Central; Worked late on file | 6.36 |
| 01/12/17 | Local Travel VENDOR: Nathan, Bruce S. INVOICE#: 1657848803020201 DATE: 2/28/2017 ; 01/12/17; Taxi/Car Service; FROM: NYO; TO: Grand Central; Worked late on file | 6.35 |
| 01/30/17 | Local Travel VENDOR: Nathan, Bruce S. INVOICE#: 1657848803020201 DATE: 2/28/2017 ; 01/30/17; Taxi/Car Service; FROM: NYO; TO: Grand Central; Worked late on file | 5.76 |
| 02/03/17 | Local Travel VENDOR: Nathan, Bruce S. INVOICE#: 1658153003020201 DATE: 2/28/2017 ; 02/03/17; Taxi/Car Service; FROM: NYO; TO: Grand Central; Worked late on file | 6.35 |
| 02/08/17 | Local Travel VENDOR: Chafetz, Eric S. INVOICE#: 1633620502150204 DATE: 2/15/2017 ; 02/08/17; Taxi/Car Service; FROM: Office; TO: Home; Cab ride Home | 53.00 |
| | Total Disbursements | $941.25 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.