IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE



| In re: | Chapter 11 |
|---|---|
| MALIBU LIGHTING CORPORATION, et al.,[1] | Case No. 15-12080 (KG) |
| Debtors. | (Jointly Administered) |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

1. Name of claimant:

2. Name of specific Debtor the claim is asserted against:

3. Nature and description of the claim (you may attach a separate summary):

4. Date(s) claim arose:

5. Amount of claim:

6. Documentation supporting the claim must be attached hereto. Documentation should include both evidence of the nature of the administrative expense claim, the basis upon which such claim is entitled to administrative priority, as well as evidence of the date or dates on which the administrative expense claim arose.

Date:    Signature: Derrick A. Fulton
         Name: Derrick A. Fulton
         Address: 408 Palmetto Street
                  Athens Texas 75751

         Phone Number: 903 288 4132
         Email:

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation f/k/a The Brinkman Corporation (9246); NC Estate Corporation f/k/a National Consumer Outdoors Corporation (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is P.O. Box 5960, Frisco, TX 75035.