IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| MALIBU LIGHTING CORPORATION, et al.,[1] | Case No. 15-12080 (KG) |
| Debtors. | (Jointly Administered) |

RECEIVED APR 0 3 2017 Pachulski, Stang, Ziehl, & Jones, LLP

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

1. Name of claimant:

2. Name of <u>specific</u> Debtor the claim is asserted against:

3. Nature and description of the claim (you may attach a separate summary):

4. Date(s) claim arose:

5. Amount of claim:

6. Documentation supporting the claim must be attached hereto. Documentation should include both evidence of the nature of the administrative expense claim, the basis upon which such claim is entitled to administrative priority, as well as evidence of the date or dates on which the administrative expense claim arose.

U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE APR 05 2017 RECEIVED / FILED

Date:　　　　　　　　Signature: _Tanitha Dyon_
　　　　　　　　　　　Name: _Tamitha Dyon_
　　　　　　　　　　　Address: _408 palmetto Street_
　　　　　　　　　　　　　　　　_Athens Texas 75751_

　　　　　　　　　　　Phone Number: _469 475 5001_
　　　　　　　　　　　Email: _____

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation f/k/a The Brinkman Corporation (9246); NC Estate Corporation f/k/a National Consumer Outdoors Corporation (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is P.O. Box 5960, Frisco, TX 75035.

DOCS_DE:212274.1 10821/007