# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES (JANUARY 1, 2017 THROUGH MARCH 31, 2017)

Blank Rome's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Blank Rome's hourly rates for bankruptcy services are comparable to the rates charged by the firm for non-bankruptcy engagements staffed by professionals and paraprofessionals in the Wilmington, Delaware office, whether in court or otherwise, regardless of whether a fee application is required.

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | **BILLED** Wilmington Office 2017 Calendar Year[1] | **BILLED** This Application (January 1, 2017 – March 31, 2017) |
| Partners | $732.50 | $0.00 |
| Associates | $390.00 | $495.00 |
| Paralegals | $325.00 | $314.27 |
| **Aggregated:** | **$561.25 (average)** | **$413.63 (blended)** |

[1] This column reflects the average billing rates, as of March 1, 2017, for partners, associates and paralegals in Blank Rome's Wilmington, Delaware office in connection with non-bankruptcy engagements.