# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION
## (JANUARY 1, 2017 THROUGH MARCH 31, 2017)

| NAME | POSITION | DEPARTMENT | DATE OF FIRST ADMISSION | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES | FEES BILLED USING RATES DISCLOSED AT RETENTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | In This Application | In First Monthly Application | | |
| Victoria A. Guilfoyle | Associate | Business Restructuring and Bankruptcy | Member of DE Bar Since 2008; Member of PA Bar Since 2009 | $10,395.00 | 21.00 | $495.00 | $435.00 | 2 | $9,135.00 |
| Christopher A. Lewis | Paralegal | Business Restructuring and Bankruptcy | N/A | $1,592.50<br>$3,813.00 | 4.90<br>12.30 | $325.00<br>$310.00 | $300.00 | 2 | $5,160.00 |
| **TOTALS:** | | | | **$15,800.50** | **38.20** | | | | **$14,295.00** |