# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| MALIBU LIGHTING CORPORATION, *et al.*,[1] | Case No. 15-12080 (KG) |
| Debtors. | Jointly Administered |

**BUDGET AND STAFFING PLAN FOR BLANK ROME LLP, DELAWARE CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MALIBU LIGHTING CORPORATION, *ET AL.*, FOR THE PERIOD JANUARY 1, 2017 THROUGH MARCH 31, 2017**

## BUDGET:

The Official Committee of Unsecured Creditors' ("Committee") professionals have negotiated a budget with the Debtors, their lenders and the Committee as part of the final orders approving the Debtors' debtor-in-possession financing and use of cash collateral.

## STAFFING PLAN:

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 0 | N/A |
| Counsel | 0 | N/A |
| Associates | 1 | $495.00 |
| Paralegals | 1 | $310.00 - $325.00 |

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.