# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY
## (JANUARY 1, 2017 THROUGH MARCH 31, 2017)

| PROJECT CODE | PROJECT CATEGORY | Malibu Lighting Corporation | | Outdoor Direct Corporation | | National Consumer Outdoors Corporation | | All Debtors [1] | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | TOTAL HOURS | TOTAL FEES |
| **001** | General / Case Administration | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 2.20 | $ 825.00 | **2.20** | **$ 825.00** |
| **002** | Creditors Committee | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 3.60 | $ 1,782.00 | **3.60** | **$ 1,782.00** |
| **003** | Retentions/Employment | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 4.00 | $ 1,810.00 | **4.00** | **$ 1,810.00** |
| **010** | Professional Fees (Internal) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 9.10 | $ 3,280.00 | **9.10** | **$ 3,280.00** |
| **011** | Professional Fees (Other) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 15.50 | $ 6,222.50 | **15.50** | **$ 6,222.50** |
| **014** | Plan and Disclosure Statement | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 3.40 | $ 1,683.00 | **3.40** | **$ 1,683.00** |
| **016** | Claims Administration and Objections | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.10 | $ 49.50 | **0.10** | **$ 49.50** |
| **019** | Budgeting (Case) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.30 | $ 148.50 | **0.30** | **$ 148.50** |
| | **TOTALS** | **0.00** | **$ -** | **0.00** | **$ -** | **0.00** | **$ -** | **38.20** | **$ 15,800.50** | **38.20** | **$ 15,800.50** |

**Fee Allocations Amongst Debtors:**

| | |
|---|---|
| Outdoor Direct Corporation: | $ 11,060.35 |
| Malibu Lighting Corporation: | $ 2,370.08 |
| National Consumer Outdoors Corporation: | $ 2,370.08 |
| | **$ 15,800.50** |

[1] The hours and fees in this column are for professional services not attributable to any single debtor and, therefore, are allocated consistent with the debtors' allocations set forth in the supplemental declaration of Jeffrey N. Pomerantz [Docket No. 338] in support of the debtors' application to employ and retain Pachulski Stang Ziehl & Jones LLP as counsel for the debtors ( *i.e.* , 70% to Outdoor Direct Corporation; 15% to Malibu Lighting Corporation; and 15% to National Consumer Outdoors Corporation).

BLANK ROME LLP
COUNSELORS AT LAW

1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801-2535
(302) 425-6400 FAX: (302) 425-6464
FEDERAL TAX ID NO. 23-1311874

**PERSONAL & CONFIDENTIAL**

| | | | |
|---|---|---|---|
| MALIBU LIGHTING CORPORATION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NO ADDRESS | | INVOICE DATE: | APRIL 11, 2017 |
| | | MATTER NO. | 146758-01600 00003 |
| | | INVOICE NO. | 1654022 |

**REGARDING:** **MALIBU LIGHTING CORPORATION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

**FOR LEGAL SERVICES RENDERED THROUGH MARCH 31, 2017**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **TASK: 001 GENERAL (CASE ADMINISTRATION)** | | | | | |
| 01/05/17 | OVERVIEW OF NOVEMBER 2016 MONTHLY OPERATING REPORT | GUILFOYLE, VICTORIA | 001 | 0.10 | 49.50 |
| 01/12/17 | REVIEW AGENDA FOR JANUARY 17, 2017 HEARING | GUILFOYLE, VICTORIA | 001 | 0.10 | 49.50 |
| 01/13/17 | REVIEW AGENDA CANCELING JANUARY 17, 2017 HEARING | GUILFOYLE, VICTORIA | 001 | 0.10 | 49.50 |
| 01/17/17 | CALENDAR UPDATES | LEWIS, CHRISTOPHER | 001 | 0.20 | 62.00 |
| 02/10/17 | REVIEW DOCKET AND UPDATE CORE/2002 SERVICE LIST | LEWIS, CHRISTOPHER | 001 | 0.20 | 62.00 |
| 02/13/17 | REVIEW AGENDA CANCELING FEBRUARY 15, 2017 HEARING | GUILFOYLE, VICTORIA | 001 | 0.10 | 49.50 |
| 02/13/17 | CALENDAR UPDATES | LEWIS, CHRISTOPHER | 001 | 0.20 | 62.00 |
| 03/20/17 | REVIEW AGENDA FOR MARCH 22, 2017 HEARING | GUILFOYLE, VICTORIA | 001 | 0.10 | 49.50 |
| 03/20/17 | EMAIL CORRESPONDENCE WITH J. O'NEIL REGARDING OMNIBUS HEARING DATE | GUILFOYLE, VICTORIA | 001 | 0.10 | 49.50 |
| 03/20/17 | REVIEW DOCKET AND UPDATE CORE/2002 SERVICE LIST | LEWIS, CHRISTOPHER | 001 | 0.50 | 162.50 |
| 03/21/17 | REVIEW AMENDED AGENDA CANCELING MARCH 22, 2017 HEARING | GUILFOYLE, VICTORIA | 001 | 0.10 | 49.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/23/17 | CALENDAR UPDATES | LEWIS, CHRISTOPHER | 001 | 0.20 | 65.00 |
| 03/30/17 | CALENDAR UPDATES | LEWIS, CHRISTOPHER | 001 | 0.20 | 65.00 |
| | **001 GENERAL (CASE ADMINISTRATION)** | | | **2.20** | **825.00** |
| **TASK: 002 CREDITORS COMMITTEE (INTERNAL/COMMUNICATIONS WITH CRE** | | | | | |
| 01/03/17 | REVIEW E-MAIL CORRESPONDENCE FROM K. WALDRON TO COMMITTEE MEMBERS | GUILFOYLE, VICTORIA | 002 | 0.10 | 49.50 |
| 01/05/17 | REVIEW E-MAIL FROM E. CHAFETZ TO COMMITTEE MEMBERS REGARDING COMMITTEE CALL AND SUMMARIZING RECENT FILINGS | GUILFOYLE, VICTORIA | 002 | 0.10 | 49.50 |
| 01/11/17 | REVIEW CONFIDENTIAL COMMITTEE MEMOS (.6); PARTICIPATE IN RELATED TELEPHONE CONFERENCE WITH COMMITTEE MEMBERS, B. NATHAN, E. CHAFETZ, D. BERLINER AND J. CASHEL (.5) | GUILFOYLE, VICTORIA | 002 | 1.10 | 544.50 |
| 01/24/17 | REVIEW LENGTHY WEEKLY E-MAIL REPORT FROM E. CHAFETZ TO COMMITTEE MEMBERS | GUILFOYLE, VICTORIA | 002 | 0.20 | 99.00 |
| 01/30/17 | REVIEW WEEKLY UPDATE FROM E. CHAFETZ TO COMMITTEE MEMBERS | GUILFOYLE, VICTORIA | 002 | 0.10 | 49.50 |
| 02/14/17 | REVIEW DETAILED REPORT FROM E. CHAFETZ TO COMMITTEE MEMBERS AND SEVERAL RELATED ATTACHMENTS | GUILFOYLE, VICTORIA | 002 | 1.10 | 544.50 |
| 02/21/17 | REVIEW WEEKLY UPDATE FROM E. CHAFETZ TO COMMITTEE MEMBERS | GUILFOYLE, VICTORIA | 002 | 0.10 | 49.50 |
| 02/28/17 | REVIEW WEEKLY UPDATE FROM E. CHAFETZ TO COMMITTEE MEMBERS | GUILFOYLE, VICTORIA | 002 | 0.10 | 49.50 |
| 03/06/17 | REVIEW DETAILED E-MAIL FROM E. CHAFETZ TO COMMITTEE MEMBERS REGARDING CLAIMS DISPUTE | GUILFOYLE, VICTORIA | 002 | 0.20 | 99.00 |
| 03/20/17 | REVIEW E-MAIL CORRESPONDENCE AND ATTACHMENTS FROM E. CHAFETZ TO COMMITTEE MEMBERS REGARDING POSSIBLE SETTLEMENT | GUILFOYLE, VICTORIA | 002 | 0.30 | 148.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/21/17 | REVIEW WEEKLY UPDATE FROM E. CHAFETZ TO COMMITTEE MEMBERS | GUILFOYLE, VICTORIA | 002 | 0.10 | 49.50 |
| 03/28/17 | REVIEW WEEKLY UPDATE FROM E. CHAFETZ TO COMMITTEE MEMBERS | GUILFOYLE, VICTORIA | 002 | 0.10 | 49.50 |
| | **002 CREDITORS COMMITTEE (INTERNAL/COMMUNICATIONS WITH** | | | **3.60** | **1,782.00** |
| **TASK: 003 RETENTIONS/EMPLOYMENT** | | | | | |
| 02/23/17 | RESEARCH REGARDING RETENTION-RELATED ISSUE (.4); RELATED DISCUSSION AND E-MAIL CORRESPONDENCE WITH B. KENNEDY (.3) | GUILFOYLE, VICTORIA | 003 | 0.70 | 346.50 |
| 03/20/17 | REVIEW AND REVISE TEXAS COUNSEL RETENTION APPLICATION, DECLARATION, PROPOSED ORDER, NOTICE AND CERTIFICATE OF SERVICE (1.0); CONDUCT RELATED RESEARCH (.4); RELATED DISCUSSION WITH E. CHAFETZ (.1); RELATED DISCUSSION WITH C. LEWIS (.1); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ, B. KENNEDY, AND C. LEWIS (.1) | GUILFOYLE, VICTORIA | 003 | 1.70 | 841.50 |
| 03/20/17 | DRAFT NOTICE OF STRASBURGER & PRICE (TEXAS REAL ESTATE COUNSEL) RETENTION APPLICATION | LEWIS, CHRISTOPHER | 003 | 0.30 | 97.50 |
| 03/23/17 | REVIEW AND APPROVE FINAL RETENTION APPLICATION FOR TEXAS REAL ESTATE COUNSEL FOR FILING (.3); RELATED DISCUSSIONS WITH C. LEWIS (.1); RELATED E-MAIL CORRESPONDENCE WITH B. NATHAN, E. CHAFETZ, DEBTORS' COUNSEL AND C. LEWIS (.2) | GUILFOYLE, VICTORIA | 003 | 0.60 | 297.00 |
| 03/23/17 | PREPARE AND E-FILE STRASBURGER & PRICE (TEXAS REAL ESTATE COUNSEL) RETENTION APPLICATION (.5); COORDINATE SERVICE OF SAME (.2) | LEWIS, CHRISTOPHER | 003 | 0.70 | 227.50 |
| | **003 RETENTIONS/EMPLOYMENT** | | | **4.00** | **1,810.00** |
| **TASK: 010 PROFESSIONAL FEES - INTERNAL** | | | | | |
| 01/17/17 | PREPARE BLANK ROME COMBINED OCTOBER-DECEMBER 2016 MONTHLY FEE APPLICATION | LEWIS, CHRISTOPHER | 010 | 0.50 | 155.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/18/17 | PREPARE BLANK ROME'S DECEMBER MONTHLY FEE APPLICATION | GUILFOYLE, VICTORIA | 010 | 0.20 | 99.00 |
| 02/08/17 | PREPARE BLANK ROME'S 12TH MONTHLY (OCTOBER-DECEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 010 | 2.60 | 806.00 |
| 02/09/17 | REVIEW AND REVISE BLANK ROME'S TWELFTH MONTHLY COMBINED FEE APPLICATION FOR OCTOBER 2016 THROUGH DECEMBER 2016 (.7); RELATED E-MAIL CORRESPONDENCE WITH C. LEWIS (.1) | GUILFOYLE, VICTORIA | 010 | 0.80 | 396.00 |
| 02/09/17 | PREPARE, E-FILE AND SERVE BLANK ROME'S 12TH MONTHLY FEE APPLICATION | LEWIS, CHRISTOPHER | 010 | 0.50 | 155.00 |
| 02/10/17 | REVIEW AND REVISE BLANK ROME'S QUARTERLY INTERIM FEE APPLICATION (.5); RELATED DISCUSSION AND E-MAIL CORRESPONDENCE WITH C. LEWIS (.1) | GUILFOYLE, VICTORIA | 010 | 0.60 | 297.00 |
| 02/10/17 | DRAFT BLANK ROME'S FIFTH INTERIM/QUARTERLY (OCTOBER-DECEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 010 | 1.50 | 465.00 |
| 02/13/17 | PREPARE BLANK ROME'S JANUARY 2017 FEE APPLICATION (.2); RELATED DISCUSSION WITH C. LEWIS (.1) | GUILFOYLE, VICTORIA | 010 | 0.30 | 148.50 |
| 02/13/17 | PREPARE, E-FILE AND SERVE BLANK ROME'S FIFTH INTERIM FEE APPLICATION (OCTOBER-DECEMBER 2016) | LEWIS, CHRISTOPHER | 010 | 0.60 | 186.00 |
| 03/03/17 | REVIEW AND APPROVE CERTIFICATE NO OBJECTION REGARDING BLANK ROME'S COMBINED MONTHLY FEE APPLICATION | GUILFOYLE, VICTORIA | 010 | 0.10 | 49.50 |
| 03/03/17 | REVIEW DOCKET AND PREPARING CERTIFICATE OF NO OBJECTION REGARDING 12TH MONTHLY (OCTOBER-DECEMBER 2016) FEE APPLICATION (.3); PREPARE AND E-FILE SAME (.2) | LEWIS, CHRISTOPHER | 010 | 0.50 | 162.50 |
| 03/06/17 | REVIEW AND APPROVE CERTIFICATE OF NO OBJECTION REGARDING BLANK ROME'S INTERIM QUARTERLY FEE APPLICATION FOR FILING | GUILFOYLE, VICTORIA | 010 | 0.10 | 49.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/06/17 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING BLANK ROME'S FIFTH INTERIM/QUARTERLY (OCTOBER-DECEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 010 | 0.30 | 97.50 |
| 03/07/17 | PREPARE AND E-FILE CERTIFICATE OF NO OBJECTION REGARDING FIFTH INTERIM/QUARTERLY FEE APPLICATION OF BLANK ROME | LEWIS, CHRISTOPHER | 010 | 0.20 | 65.00 |
| 03/08/17 | PREPARE BLANK ROME'S FEBRUARY MONTHLY FEE APPLICATION | GUILFOYLE, VICTORIA | 010 | 0.20 | 99.00 |
| 03/31/17 | E-MAIL CORRESPONDENCE WITH L. BARSON AND C. LEWIS REGARDING BLANK ROME'S FEE APPLICATIONS | GUILFOYLE, VICTORIA | 010 | 0.10 | 49.50 |
| | **010 PROFESSIONAL FEES - INTERNAL** | | | **9.10** | **3,280.00** |
| **TASK: 011 PROFESSIONAL FEES - OTHERS (INCLUDES REVIEW AND OBJECTION** | | | | | |
| 01/05/17 | REVIEW AND APPROVE CERTIFICATE OF NO OBJECTION REGARDING BDO'S OCTOBER 2016 MONTHLY FEE APPLICATION FOR FILING (.1); RELATED E-MAIL CORRESPONDENCE WITH D. BERLINER AND C. LEWIS (.1) | GUILFOYLE, VICTORIA | 011 | 0.20 | 99.00 |
| 01/05/17 | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION REGARDING BDO'S THIRTEENTH MONTHLY (OCTOBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.30 | 93.00 |
| 01/06/17 | PREPARE AND E-FILE CERTIFICATE OF NO OBJECTION REGARDING BDO'S THIRTEENTH MONTHLY (OCTOBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.20 | 62.00 |
| 01/17/17 | REVIEW AND REVISE BDO'S DECEMBER 2016 MONTHLY FEE APPLICATION (.4); RELATED E-MAIL CORRESPONDENCE WITH J. CASHEL AND C. LEWIS (.1) | GUILFOYLE, VICTORIA | 011 | 0.50 | 247.50 |
| 01/17/17 | DRAFT NOTICE OF BDO'S 15TH MONTHLY (DECEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.30 | 93.00 |
| 01/17/17 | PREPARE, E-FILE AND SERVE BDO'S FIFTEENTH MONTHLY (DECEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.50 | 155.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/18/17 | REVIEW AND REVISE CERTIFICATES OF NO OBJECTION FOR BDO'S NOVEMBER 2016 MONTHLY FEE APPLICATION AND LOWENSTEIN'S OCTOBER AND NOVEMBER 2016 MONTHLY FEE APPLICATIONS (.3); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ, J. CASHEL, AND C. LEWIS (.1) | GUILFOYLE, VICTORIA | 011 | 0.40 | 198.00 |
| 01/18/17 | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION REGARDING LOWENSTEIN SANDLER'S 14TH MONTHLY (NOVEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.30 | 93.00 |
| 01/18/17 | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION REGARDING LOWENSTEIN SANDLER'S 13TH MONTHLY (OCTOBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.30 | 93.00 |
| 01/18/17 | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION REGARDING BDO'S 14TH MONTHLY (NOVEMBER 2016) FEE APPLICATION (.3); PREPARE AND E-FILE SAME (.2) | LEWIS, CHRISTOPHER | 011 | 0.50 | 155.00 |
| 01/20/17 | PREPARE AND E-FILE CERTIFICATE OF NO OBJECTION REGARDING LOWENSTEIN SANDLER'S 14TH MONTHLY (NOVEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.20 | 62.00 |
| 01/20/17 | PREPARE AND E-FILE CERTIFICATE OF NO OBJECTION REGARDING LOWENSTEIN SANDLER'S 13TH MONTHLY (OCTOBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.20 | 62.00 |
| 01/30/17 | E-MAIL CORRESPONDENCE WITH B. LAWLER AND C. LEWIS REGARDING LOWENSTEIN'S DECEMBER 2016 MONTHLY FEE APPLICATION | GUILFOYLE, VICTORIA | 011 | 0.10 | 49.50 |
| 01/31/17 | REVIEW TWO VERSIONS OF LOWENSTEIN'S DECEMBER 2016 MONTHLY FEE APPLICATION AND APPROVE FOR FILING (.5); RELATED E-MAIL CORRESPONDENCE WITH B. LAWLER AND C. LEWIS (.2) | GUILFOYLE, VICTORIA | 011 | 0.70 | 346.50 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/31/17 | PREPARE, E-FILE AND SERVE LOWENSTEIN SANDLER'S FIFTEENTH MONTHLY (DECEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.80 | 248.00 |
| 02/07/17 | E-MAIL CORRESPONDENCE WITH DEBTORS' COUNSEL, E. CHAFETZ, J. CASHEL AND OTHERS REGARDING QUARTERLY FEE APPLICATION HEARING (.2); RELATED DISCUSSION WITH C. LEWIS (.1) | GUILFOYLE, VICTORIA | 011 | 0.30 | 148.50 |
| 02/08/17 | REVIEW AND APPROVE CERTIFICATE OF NO OBJECTION REGARDING BDO'S DECEMBER 2016 MONTHLY FEE APPLICATION (.2); RELATED E-MAIL CORRESPONDENCE WITH J. CASHEL AND C. LEWIS (.1) | GUILFOYLE, VICTORIA | 011 | 0.30 | 148.50 |
| 02/08/17 | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION REGARDING BDO'S FIFTEENTH MONTHLY (DECEMBER 2016) FEE APPLICATION (.3); PREPARE AND E-FILE SAME (.2) | LEWIS, CHRISTOPHER | 011 | 0.50 | 155.00 |
| 02/10/17 | REVIEW AND APPROVE LOWENSTEIN'S QUARTERLY FEE APPLICATION FOR FILING (.4); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ, B. LAWLER, C. LEWIS AND DEBTORS' COUNSEL (.2) | GUILFOYLE, VICTORIA | 011 | 0.60 | 297.00 |
| 02/13/17 | REVIEW BDO'S QUARTERLY INTERIM FEE APPLICATION AND APPROVE FOR FILING (.2); RELATED E-MAIL CORRESPONDENCE WITH B. NATHAN, E. CHAFETZ, D. BERLINER, J. CASHEL, C. LEWIS, DEBTORS' COUNSEL AND OTHERS AND CALENDAR QUARTERLY FEE HEARING DATE (.2) | GUILFOYLE, VICTORIA | 011 | 0.40 | 198.00 |
| 02/13/17 | DRAFT NOTICE OF BDO'S 5TH INTERIM FEE APPLICATION (OCTOBER-DECEMBER 2016) | LEWIS, CHRISTOPHER | 011 | 0.30 | 93.00 |
| 02/13/17 | PREPARE, E-FILE AND SERVE BDO'S FIFTH INTERIM FEE APPLICATION (OCTOBER-DECEMBER 2016) | LEWIS, CHRISTOPHER | 011 | 0.50 | 155.00 |
| 02/13/17 | PREPARE, E-FILE AND SERVE LOWENSTEIN SANDLER'S FIFTH INTERIM FEE APPLICATION (OCTOBER-DECEMBER 2016) | LEWIS, CHRISTOPHER | 011 | 0.60 | 186.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02/22/17 | REVIEW AND REVISE CERTIFICATE OF NO OBJECTION REGARDING LOWENSTEIN'S DECEMBER MONTHLY FEE APPLICATION (.1); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ AND C. LEWIS (.1) | GUILFOYLE, VICTORIA | 011 | 0.20 | 99.00 |
| 02/22/17 | REVIEW DOCKET AND DRAFT CERTIFICATE OF NO OBJECTION REGARDING LOWENSTEIN SANDLER'S FIFTEENTH MONTHLY (DECEMBER 2016) FEE APPLICATION (.3); PREPARE AND E-FILE SAME (.2) | LEWIS, CHRISTOPHER | 011 | 0.50 | 155.00 |
| 03/06/17 | REVIEW AND APPROVE CERTIFICATES OF NO OBJECTION REGARDING BDO'S AND LOWENSTEIN'S INTERIM QUARTERLY FEE APPLICATIONS FOR FILING | GUILFOYLE, VICTORIA | 011 | 0.20 | 99.00 |
| 03/06/17 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING BDO USA'S FIFTH INTERIM/QUARTERLY (OCTOBER-DECEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.30 | 97.50 |
| 03/06/17 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING LOWENSTEIN SANDLER'S FIFTH INTERIM/QUARTERLY (OCTOBER-DECEMBER 2016) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.30 | 97.50 |
| 03/07/17 | E-MAIL CORRESPONDENCE WITH B. NATHAN, E. CHAFETZ, J. CASHEL AND C. LEWIS REGARDING INTERIM QUARTERLY FEE APPLICATIONS | GUILFOYLE, VICTORIA | 011 | 0.10 | 49.50 |
| 03/07/17 | PREPARE AND E-FILE CERTIFICATE OF NO OBJECTION REGARDING FIFTH INTERIM/QUARTERLY FEE APPLICATION OF BDO USA | LEWIS, CHRISTOPHER | 011 | 0.20 | 65.00 |
| 03/07/17 | PREPARE AND E-FILE CERTIFICATE OF NO OBJECTION REGARDING FIFTH INTERIM/QUARTERLY FEE APPLICATION OF LOWENSTEIN SANDLER | LEWIS, CHRISTOPHER | 011 | 0.20 | 65.00 |
| 03/07/17 | E-MAIL TO B. NATHAN (LOWENSTEIN) AND D. BERLINER (BDO) ET AL. RE THEIR FIFTH INTERIM FEE APPLICATIONS | LEWIS, CHRISTOPHER | 011 | 0.20 | 65.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03/09/17 | REVIEW, REVISE, FILE AND SERVE LOWENSTEIN'S JANUARY MONTHLY FEE APPLICATION (.8); PREPARE RELATED CERTIFICATE OF SERVICE (.2); RELATED E-MAIL CORRESPONDENCE WITH LOWENSTEIN'S ATTORNEYS (.1) | GUILFOYLE, VICTORIA | 011 | 1.10 | 544.50 |
| 03/10/17 | REVIEW, REVISE, FILE AND SERVE BDO'S JANUARY MONTHLY FEE APPLICATION (.8); PREPARE RELATED CERTIFICATE OF SERVICE AND NOTICE (.3); RELATED E-MAIL CORRESPONDENCE WITH D. BERLINER, J. CASHEL AND LOWENSTEIN ATTORNEYS (.1) | GUILFOYLE, VICTORIA | 011 | 1.20 | 594.00 |
| 03/13/17 | REVIEW PROPOSED INTERIM FEE APPLICATION ORDER (.2); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ, J. CASHEL, C. LEWIS AND OTHERS (.1) | GUILFOYLE, VICTORIA | 011 | 0.30 | 148.50 |
| 03/15/17 | E-MAIL CORRESPONDENCE WITH E. CHAFETZ, D. BERLINER, DEBTORS' COUNSEL AND OTHERS REGARDING PROPOSED FEE ORDER | GUILFOYLE, VICTORIA | 011 | 0.10 | 49.50 |
| 03/17/17 | REVIEW CERTIFICATION OF COUNSEL REGARDING PROPOSED INTERIM FEE ORDER | GUILFOYLE, VICTORIA | 011 | 0.10 | 49.50 |
| 03/21/17 | REVIEW ORDER APPROVING QUARTERLY FEE APPLICATIONS | GUILFOYLE, VICTORIA | 011 | 0.10 | 49.50 |
| 03/29/17 | E-MAIL CORRESPONDENCE WITH J. CASHEL AND C. LEWIS REGARDING BDO'S FEBRUARY MONTHLY FEE APPLICATION | GUILFOYLE, VICTORIA | 011 | 0.10 | 49.50 |
| 03/30/17 | REVIEW AND APPROVE BDO'S FEBRUARY 2017 MONTHLY FEE APPLICATION (.4); RELATED E-MAIL CORRESPONDENCE WITH J. CASHEL AND C. LEWIS (.1) | GUILFOYLE, VICTORIA | 011 | 0.50 | 247.50 |
| 03/30/17 | DRAFT NOTICE OF BDO'S SEVENTEENTH MONTHLY (FEBRUARY 2017) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.30 | 97.50 |
| 03/30/17 | PREPARE, E-FILE AND SERVE BDO'S SEVENTEENTH MONTHLY (FEBRUARY 2017) FEE APPLICATION | LEWIS, CHRISTOPHER | 011 | 0.50 | 162.50 |
| | **011 PROFESSIONAL FEES - OTHERS (INCLUDES REVIEW AND OBJEC** | | | **15.50** | **6,222.50** |

**TASK: 014 PLAN & DISCLOSURE STATEMENT**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/12/17 | REVIEW REVISED EXCLUSIVITY EXTENSION ORDER AND RELATED CERTIFICATION OF COUNSEL | GUILFOYLE, VICTORIA | 014 | 0.10 | 49.50 |
| 02/17/17 | REVIEW EXCLUSIVITY EXTENSION MOTION | GUILFOYLE, VICTORIA | 014 | 0.20 | 99.00 |
| 02/22/17 | REVIEW DRAFT PLAN AND DISCLOSURE STATEMENT | GUILFOYLE, VICTORIA | 014 | 0.90 | 445.50 |
| 03/08/17 | REVIEW EXCLUSIVITY EXTENSION ORDER AND CALENDAR DATES | GUILFOYLE, VICTORIA | 014 | 0.10 | 49.50 |
| 03/08/17 | REVIEW REVISED PLAN, DISCLOSURE STATEMENT, OTHER PLAN-RELATED DOCUMENTS AND RELATED E-MAIL CORRESPONDENCE FROM E. CHAFETZ | GUILFOYLE, VICTORIA | 014 | 2.10 | 1,039.50 |
| | **014 PLAN & DISCLOSURE STATEMENT** | | | **3.40** | **1,683.00** |
| **TASK: 016 CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | |
| 01/25/17 | REVIEW ADMINISTRATIVE CLAIMS BAR DATE MOTION | GUILFOYLE, VICTORIA | 016 | 0.10 | 49.50 |
| | **016 CLAIMS ADMINISTRATION AND OBJECTIONS** | | | **0.10** | **49.50** |
| **TASK: 019 BUDGETING (CASE)** | | | | | |
| 01/10/17 | E-MAIL CORRESPONDENCE WITH ESTATE PROFESSIONALS REGARDING DECEMBER BUDGET (.1); RELATED DISCUSSION AND E-MAIL CORRESPONDENCE WITH C. LEWIS (.1) | GUILFOYLE, VICTORIA | 019 | 0.20 | 99.00 |
| 03/21/17 | E-MAIL CORRESPONDENCE WITH E. CHAFETZ AND D. BERLINER REGARDING MONTHLY FEES | GUILFOYLE, VICTORIA | 019 | 0.10 | 49.50 |
| | **019 BUDGETING (CASE)** | | | **0.30** | **148.50** |
| | **TOTAL SERVICES** | | | **$** | **15,800.50** |

**FOR DISBURSEMENTS ADVANCED THROUGH MARCH 31, 2017**

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DOCKET SEARCHES | | 14.10 |
| FEDERAL EXPRESS | | 240.73 |
| HAND DELIVERY - PARCELS | | 136.50 |
| REPRODUCTION OF DOCUMENTS | | 365.00 |
| SPECIAL MAILING CHARGES | | 72.18 |
| **TOTAL DISBURSEMENTS** | **$** | **828.51** |

**CURRENT INVOICE TOTAL** **$ 16,629.01**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | | FEES |
|---|---|---|---|---|
| CHRISTOPHER A. LEWIS | 325.00 | 4.90 | | 1,592.50 |
| CHRISTOPHER A. LEWIS | 310.00 | 12.30 | | 3,813.00 |
| VICTORIA A. GUILFOYLE | 495.00 | 21.00 | | 10,395.00 |
| **TOTALS** | | **38.20** | **$** | **15,800.50** |