# EXHIBIT E

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY
## (JANUARY 1, 2017 THROUGH MARCH 31, 2017)

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Reproduction of Documents | In-House / Parcels, Inc. | $365.00 |
| Express Mail Services | Federal Express and/or USPS | $312.91 |
| Courier Services (Local) | Parcels, Inc. | $136.50 |
| Docket Searches | PACER | $14.10 |
| **TOTAL** | | **$828.51** |

COST BILL DETAIL

Cost Type: 25 Federal Express

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 12466426 | 146758-01600 | | 13.30 | 13.30 | 13.30 | USD |
| 12466427 | 146758-01600 | | 11.60 | 11.60 | 11.60 | USD |
| 12466428 | 146758-01600 | | 13.30 | 13.30 | 13.30 | USD |
| 12489400 | 146758-01600 | | 12.27 | 12.27 | 12.27 | USD |
| 12489411 | 146758-01600 | | 13.98 | 13.98 | 13.98 | USD |
| 12489415 | 146758-01600 | | 13.98 | 13.98 | 13.98 | USD |
| 12514250 | 146758-01600 | | 12.27 | 12.27 | 12.27 | USD |
| 12514248 | 146758-01600 | | 13.98 | 13.98 | 13.98 | USD |
| 12514249 | 146758-01600 | | 13.98 | 13.98 | 13.98 | USD |
| 12523183 | 146758-01600 | | 12.39 | 12.39 | 12.39 | USD |
| 12523209 | 146758-01600 | | 14.12 | 14.12 | 14.12 | USD |
| 12523212 | 146758-01600 | | 14.12 | 14.12 | 14.12 | USD |
| 12554245 | 146758-01600 | | 14.15 | 14.15 | 14.15 | USD |
| 12554246 | 146758-01600 | | 14.15 | 14.15 | 14.15 | USD |
| 12554247 | 146758-01600 | | 12.42 | 12.42 | 12.42 | USD |
| 12565415 | 146758-01600 | | 12.42 | 12.42 | 12.42 | USD |
| 12565451 | 146758-01600 | | 14.15 | 14.15 | 14.15 | USD |
| 12565452 | 146758-01600 | | 14.15 | 14.15 | 14.15 | USD |
| | | | **240.73** | **240.73** | **240.73** | |

Cost Type: 26P Hand Delivery - Parcels

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 12489565 | 146758-01600 | | 54.00 | 54.00 | 54.00 | USD |
| 12516257 | 146758-01600 | | 5.00 | 5.00 | 5.00 | USD |
| 12516258 | 146758-01600 | | 5.00 | 5.00 | 5.00 | USD |
| 12516260 | 146758-01600 | | 5.00 | 5.00 | 5.00 | USD |
| 12523267 | 146758-01600 | | 15.00 | 15.00 | 15.00 | USD |
| 12552058 | 146758-01600 | | 5.00 | 5.00 | 5.00 | USD |
| 12552059 | 146758-01600 | | 5.00 | 5.00 | 5.00 | USD |
| 12555542 | 146758-01600 | | 22.50 | 22.50 | 22.50 | USD |
| 12576885 | 146758-01600 | | 5.00 | 5.00 | 5.00 | USD |
| 12577041 | 146758-01600 | | 15.00 | 15.00 | 15.00 | USD |
| | | | **136.50** | **136.50** | **136.50** | |

Cost Type: 30 Reproduction Of Documents

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 12482876 | 146758-01600 | | 21.20 | 21.20 | 21.20 | USD |
| 12502084 | 146758-01600 | | 0.20 | 0.20 | 0.20 | USD |
| 12502085 | 146758-01600 | | 22.80 | 22.80 | 22.80 | USD |
| 12514274 | 146758-01600 | | 10.80 | 10.80 | 10.80 | USD |
| 12508046 | 146758-01600 | | 23.00 | 23.00 | 23.00 | USD |
| 12516845 | 146758-01600 | | 89.40 | 89.40 | 89.40 | USD |
| 12551064 | 146758-01600 | | 29.00 | 29.00 | 29.00 | USD |
| 12551429 | 146758-01600 | | 21.80 | 21.80 | 21.80 | USD |
| 12567607 | 146758-01600 | | 124.20 | 124.20 | 124.20 | USD |
| 12576674 | 146758-01600 | | 22.60 | 22.60 | 22.60 | USD |
| | | | **365.00** | **365.00** | **365.00** | |

Cost Type: 37 Special Mailing Charges

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 12529016 | 146758-01600 | | 72.18 | 72.18 | 72.18 | USD |
| | | | **72.18** | **72.18** | **72.18** | |

Cost Type: PACERPG Docket Searches

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 12560485 | 146758-01600 | | 0.50 | 0.50 | 0.50 | USD |
| 12560600 | 146758-01600 | | 2.70 | 2.70 | 2.70 | USD |
| 12560601 | 146758-01600 | | 0.20 | 0.20 | 0.20 | USD |
| 12560602 | 146758-01600 | | 0.20 | 0.20 | 0.20 | USD |
| 12560603 | 146758-01600 | | 1.00 | 1.00 | 1.00 | USD |
| 12560604 | 146758-01600 | | 1.00 | 1.00 | 1.00 | USD |
| 12560605 | 146758-01600 | | 1.10 | 1.10 | 1.10 | USD |
| 12560606 | 146758-01600 | | 0.30 | 0.30 | 0.30 | USD |
| 12560607 | 146758-01600 | | 0.20 | 0.20 | 0.20 | USD |
| 12560608 | 146758-01600 | | 0.30 | 0.30 | 0.30 | USD |
| 12560631 | 146758-01600 | | 0.30 | 0.30 | 0.30 | USD |
| 12560632 | 146758-01600 | | 0.10 | 0.10 | 0.10 | USD |
| 12560633 | 146758-01600 | | 0.10 | 0.10 | 0.10 | USD |
| 12560634 | 146758-01600 | | 1.30 | 1.30 | 1.30 | USD |
| 12560635 | 146758-01600 | | 0.20 | 0.20 | 0.20 | USD |
| 12560636 | 146758-01600 | | 0.20 | 0.20 | 0.20 | USD |
| 12560637 | 146758-01600 | | 3.00 | 3.00 | 3.00 | USD |
| 12560638 | 146758-01600 | | 1.40 | 1.40 | 1.40 | USD |
| | | | **14.10** | **14.10** | **14.10** | |